United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18870-mdc
Michael A. Carr                                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Lisa              Page 1 of 2              Date Rcvd: Jan 12, 2017
                             Form ID: 309A           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.
```
db          +Michael A. Carr,    5281 Rogers Circle,    Plymouth Meeting, PA 19462-1250
13843100    +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
13843102     Branch B&t,    Credit Card Disputes,    Wilson, NC 27894
13843103    +Bryn Mawr Trust,    620 W. Germantown Pike,    Suite 350,    Plymouth Meeting, PA 19462-2219
13843104    +Disability Management Consultants, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13843105    +Edfinancial Services L,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
13843106    +Jay S. Rosenblum,    101 Maple Avenue,    Bala Cynwyd, PA 19004-3016
13843107    +Joyce Wojtowicz,    1015 Lansing Street,    Philadelphia, PA 19111-3216
13843108    +Jpm Chase,    Po Box 24696,    Columbus, OH 43224-0696
13843109    +Kenneth E. Brumberger,    1136 Tower Lane,    Narberth, PA 19072-1132
13843111    +Kimberly Kubek,    3475 West Chester Pike,    Suite 240,    Newtown Square, PA 19073-4291
13843112    +Lisa Carr,    5281 Rogers Circle,    Plymouth Meeting, PA 19462-1250
13843113    +Maxus Capital Group, LLC,    31300 Bainbridge Road,    Solon, OH 44139-2273
13843114    +Michael R. Clair,    410 S. Front Street, #306,    Philadelphia, PA 19147-1709
13843116    +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
13843119    +PNC Equipment Finance, LLC,    995 Dalton Avenue,    Cincinnati, OH 45203-1100
13843117    +Pacific Western Bank,    9701 Wilshire Blvd., Suite 700,    Beverly Hills, CA 90212-2007
13843118     Philip J. Moldofsky,    3239 Fawn Road,    Worcester, PA 19490
13843120    +Richard Miller,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13843121    +Sallie Mae,    Po Box 3229,    Wilmington, DE 19804-0229
13843122    +Shellpoint Mortgage Se,    75 Beattie Pl Ste 300,    Greenville, SC 29601-2138
13843123    +Siemens Financial Services, Inc.,    170 Wood Avenue South,    Iselin, NJ 08830-2726
13843132    +TSI, LP,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13843124    +Tri State Imaging Partners, LP,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13843125    +Tri-State Imaging Consultants, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13843126    +Tri-State Imaging DE Holdings, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13843127    +Tri-State Imaging NJ Holdings, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13843128    +Tri-State Imaging PA Holdings, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13843130    +Tri-State Imaging PR, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13843131    +Tri-State Imaging PR, LLC Employee Plan,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13843133    +WCP Breast MRI, LP,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13843135     William H. Hartz,    511 Waldron Drive,    Haverford, PA 19041
13846490    +Wilmington Savings Fund Society, FSB,    c/o Bonnie R. Golub, Esquire,    Weir & Partners LLP,
              1339 Chestnut Street, Suite 500,    Philadelphia, PA 19107-3501
13843137     Wilmington Savings Fund Society, FSB,    500 Delaware Avenue,    Wilmington, DE 19803
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: dsmith@smithkanelaw.com Jan 13 2017 02:17:53     DAVID B. SMITH,    Smith Kane,
              112 Moores Road, Suite 300,    Malvern, PA  19355
tr          +EDI: QLEFELDMAN.COM Jan 13 2017 02:03:00     LYNN E. FELDMAN,    Feldman Law Offices PC,
              221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg          E-mail/Text: bankruptcy@phila.gov Jan 13 2017 02:19:09     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 13 2017 02:18:18
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 13 2017 02:19:00     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 13 2017 02:18:42     United States Trustee,
              Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13843101     EDI: BANKAMER.COM Jan 13 2017 02:03:00     Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
13843121    +EDI: SALLIEMAEBANK.COM Jan 13 2017 02:04:00     Sallie Mae,    Po Box 3229,
              Wilmington, DE 19804-0229
13843134    +EDI: WFFC.COM Jan 13 2017 02:03:00     Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13843110*   +Kenneth E. Brumberger,    1136 Tower Lane,    Narberth, PA 19072-1132
13843115*   +Michael R. Clair,    410 S. Front Street,    #306,    Philadelphia, PA 19147-1709
13843129*   +Tri-State Imaging Partners, LP,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13843136*    William H. Hartz,    511 Waldron Drive,    Haverford, PA 19041
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Lisa              Page 2 of 2            Date Rcvd: Jan 12, 2017
                              Form ID: 309A           Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
              BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com, imarciniszyn@weirpartners.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SMITH    on behalf of Debtor Michael A. Carr dsmith@smithkanelaw.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael A. Carr** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1064** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed for chapter  **7**   **12/29/16** |
| Case number:   **16–18870–mdc** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael A. Carr | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5281 Rogers Circle <br> Plymouth Meeting, PA 19462 | |
| 4. | **Debtor's attorney** <br> Name and address | DAVID B. SMITH <br> Smith Kane <br> 112 Moores Road, Suite 300 <br> Malvern, PA 19355 | Contact phone (610) 407–7217 <br> Email:  dsmith@smithkanelaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | LYNN E. FELDMAN <br> Feldman Law Offices PC <br> 221 N. Cedar Crest Blvd. <br> Allentown, PA 18104 | Contact phone (610) 530–9285 <br> Email:  trustee.feldman@rcn.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u><br><br>Contact phone (215)408–2800<br><br>Date: 1/12/17 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 8, 2017 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 4/9/17 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **2**