Certificate Number: 05781-PAE-DE-028690331

Bankruptcy Case Number: 16-18870



05781-PAE-DE-028690331

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 30, 2017, at 1:00 o'clock PM PST, Michael Carr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 30, 2017            By:    /s/Allison M Geving

                                    Name:  Allison M Geving

                                    Title: President