IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | **Chapter 7** |
| : | |
| **MICHAEL A. CARR,** : | |
| : | **Case No. 16-18870-MDC** |
| **Debtor.** : | |

## NOTICE OF APPLICATION OF LYNN E. FELDMAN, CHAPTER 7 TRUSTEE, TO EMPLOY GIULIANO, MILLER & COMPANY, LLC AS ACCOUNTANTS

**PLEASE TAKE NOTICE** that on February 21, 2017, Lynn E. Feldman (the "Trustee"), court appointed chapter 7 Trustee for the estate of Michael A. Carr, the above-captioned chapter 7 debtor (the "Debtor"), filed the *Application of Lynn E. Feldman, Chapter 7 Trustee, to Employ Giuliano, Miller & Company, LLC as Accountants* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that if you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, within seven (7) days from the date hereof, you or your attorney must do all of the following:

(a)    file an answer or other response explaining your position at:

Clerk of Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)    mail a copy to:

Feldman Law Office PC
Lynn E. Feldman, Esquire
221 N. Cedar Crest Blvd.
Allentown, Pennsylvania 18104

*and*

DM3\4493514.1

Duane Morris LLP
Lawrence J. Kotler, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196

**PLEASE TAKE FURTHER NOTICE** that if you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the Application.

**PLEASE TAKE FURTHER NOTICE** that in the event an answer or other response is filed, a hearing to consider the relief requested in the Application will be scheduled at a date and time to be determined by the Court. Such hearing, however, will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 202, Philadelphia, Pennsylvania 19107.

**PLEASE TAKE FURTHER NOTICE** that if a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the undersigned.

**PLEASE TAKE FURTHER NOTICE** that you may contact that Bankruptcy Clerk's office at 610-208-5040 to find out whether a hearing has been set and, if so, for what date and time.

Dated: February 21, 2017                FELDMAN LAW OFFICE PC

                                        By:  /s/ Lynn E. Feldman
                                             Lynn E. Feldman, Esquire
                                             P.A. Bar I.D. No. 35996
                                             221 N. Cedar Crest Blvd.
                                             Allentown, Pennsylvania 18104
                                             Telephone:   (610) 530-9285
                                             Facsimile:   (610) 437-7011
                                             Email: feldmanfiling@rcn.com

                                        *Chapter 7 Trustee for the Debtor's Estate*