United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-18870-mdc
Michael A. Carr                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 2          Date Rcvd: Feb 21, 2017
                             Form ID: 139              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2017.
```
db           +Michael A. Carr,   5281 Rogers Circle,   Plymouth Meeting, PA 19462-1250
cr           +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13843100     +Bankamerica,   4909 Savarese Circle,   Tampa, FL 33634-2413
13843102      Branch B&t,   Credit Card Disputes,   Wilson, NC 27894
13843103     +Bryn Mawr Trust,   620 W. Germantown Pike,   Suite 350,   Plymouth Meeting, PA 19462-2219
13843104     +Disability Management Consultants, LLC,   1532 McDaniel Drive,   West Chester, PA 19380-7034
13843105     +Edfinancial Services L,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
13843106     +Jay S. Rosenblum,   101 Maple Avenue,   Bala Cynwyd, PA 19004-3016
13843107     +Joyce Wojtowicz,   1015 Lansing Street,   Philadelphia, PA 19111-3216
13843108     +Jpm Chase,   Po Box 24696,   Columbus, OH 43224-0696
13843109     +Kenneth E. Brumberger,   1136 Tower Lane,   Narberth, PA 19072-1132
13843111     +Kimberly Kubek,   3475 West Chester Pike,   Suite 240,   Newtown Square, PA 19073-4291
13843112     +Lisa Carr,   5281 Rogers Circle,   Plymouth Meeting, PA 19462-1250
13843113     +Maxus Capital Group, LLC,   31300 Bainbridge Road,   Solon, OH 44139-2273
13843114     +Michael R. Clair,   410 S. Front Street, #306,   Philadelphia, PA 19147-1709
13843116     +Ocwen Loan Servicing L,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
13843119     +PNC Equipment Finance, LLC,   995 Dalton Avenue,   Cincinnati, OH 45203-1100
13869759     +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13843117     +Pacific Western Bank,   9701 Wilshire Blvd., Suite 700,   Beverly Hills, CA 90212-2007
13843118      Philip J. Moldofsky,   3239 Fawn Road,   Worcester, PA 19490
13843120     +Richard Miller,   1532 McDaniel Drive,   West Chester, PA 19380-7034
13843122     +Shellpoint Mortgage Se,   75 Beattie Pl Ste 300,   Greenville, SC 29601-2138
13843123     +Siemens Financial Services, Inc.,   170 Wood Avenue South,   Iselin, NJ 08830-2726
13843132     +TSI, LP,   1532 McDaniel Drive,   West Chester, PA 19380-7034
13843124     +Tri State Imaging Partners, LP,   1532 McDaniel Drive,   West Chester, PA 19380-7034
13843125     +Tri-State Imaging Consultants, LLC,   1532 McDaniel Drive,   West Chester, PA 19380-7034
13843126     +Tri-State Imaging DE Holdings, LLC,   1532 McDaniel Drive,   West Chester, PA 19380-7034
13843127     +Tri-State Imaging NJ Holdings, LLC,   1532 McDaniel Drive,   West Chester, PA 19380-7034
13843128     +Tri-State Imaging PA Holdings, LLC,   1532 McDaniel Drive,   West Chester, PA 19380-7034
13843130     +Tri-State Imaging PR, LLC,   1532 McDaniel Drive,   West Chester, PA 19380-7034
13843131     +Tri-State Imaging PR, LLC Employee Plan,   1532 McDaniel Drive,   West Chester, PA 19380-7034
13843133     +WCP Breast MRI, LP,   1532 McDaniel Drive,   West Chester, PA 19380-7034
13843135      William H. Hartz,   511 Waldron Drive,   Haverford, PA 19041
13846490     +Wilmington Savings Fund Society, FSB,   c/o Bonnie R. Golub, Esquire,   Weir & Partners LLP,
               1339 Chestnut Street, Suite 500,   Philadelphia, PA 19107-3501
13843137      Wilmington Savings Fund Society, FSB,   500 Delaware Avenue,   Wilmington, DE 19803
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QLEFELDMAN.COM Feb 22 2017 01:58:00     LYNN E. FELDMAN,   Feldman Law Offices PC,
               221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg           E-mail/Text: bankruptcy@phila.gov Feb 22 2017 02:09:47     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2017 02:09:23
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 22 2017 02:09:35     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13843101      EDI: BANKAMER.COM Feb 22 2017 01:58:00     Bk Of Amer,   Po Box 982238,   El Paso, TX 79998
13855552      E-mail/Text: bankruptcy@bbandt.com Feb 22 2017 02:09:11     BB&T,   PO Box 1847,
               Wilson NC 27894
13843121     +EDI: SALLIEMAEBANK.COM Feb 22 2017 01:58:00     Sallie Mae,   Po Box 3229,
               Wilmington, DE 19804-0229
13843134     +EDI: WFFC.COM Feb 22 2017 01:58:00     Wells Fargo,   Po Box 14517,   Des Moines, IA 50306-3517
                                                                                         TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +LYNN E. FELDMAN,   Feldman Law Offices PC,   221 N. Cedar Crest Blvd.,
               Allentown, PA 18104-4603
cr*          +Wilmington Savings Fund Society, FSB,   c/o Bonnie R. Golub, Esquire,   Weir & Partners LLP,
               1339 Chestnut Street, Suite 500,   Philadelphia, PA 19107-3501
13843110*    +Kenneth E. Brumberger,   1136 Tower Lane,   Narberth, PA 19072-1132
13843115*    +Michael R. Clair,   410 S. Front Street,   #306,   Philadelphia, PA 19147-1709
13843129*    +Tri-State Imaging Partners, LP,   1532 McDaniel Drive,   West Chester, PA 19380-7034
13843136*     William H. Hartz,   511 Waldron Drive,   Haverford, PA 19041
                                                                              TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: JeanetteG          Page 2 of 2          Date Rcvd: Feb 21, 2017
                              Form ID: 139             Total Noticed: 43
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
          BONNIE R. GOLUB    on behalf of Creditor   Wilmington Savings Fund Society, FSB
           bgolub@weirpartners.com,  imarciniszyn@weirpartners.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID B. SMITH    on behalf of Debtor Michael A. Carr dsmith@smithkanelaw.com
          LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
           lfeldman@ecf.epiqsystems.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:  Michael A. Carr
5281 Rogers Circle
Plymouth Meeting, PA 19462

Debtor(s)                                                              Case No: 16–18870–mdc

                                                                       Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer–Identification (ITIN) No(s).,
(if any) Employer Tax–Identification (EIN) No(s). (if any).:
xxx–xx–1064

_____

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

**Date:** 5/22/17

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankrutpcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self–addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

                                                   For The Court

                                                   Timothy B. McGrath
                                                   Clerk of Court

**Date:** 2/21/17

                                                                       18
                                                                       Form 139