UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| MICHAEL A. CARR, | : | Case No. 16-18870 (AMC) |
| | : | |
| Debtor. | : | |
| | : | |

## ORDER

AND NOW, this  13th  day of  March , 2017, upon consideration of the Trustee's Application for an Order Authorizing the Employment and Retention of Duane Morris LLP as counsel to the Chapter 7 Trustee Pursuant to 11 U.S.C. §327(a), *Nunc Pro Tunc,* to February 8, 2017 (the "Application"), the objection of Wilmington Savings Fund Society, FSB ("WSFS") filed in opposition thereto (the "Objection") and the Stipulation jointly entered into by and between the Trustee and WSFS (the "Stipulation"),

IT IS ORDERED that:

1. The Application is hereby APPROVED and the Trustee is authorized, subject to the terms and conditions contained herein, to retain Duane Morris LLP (the "Duane Firm") as her counsel pursuant to 11 U.S.C. §327(a), *nunc pro tunc,* as of February 8, 2017;

2. For the duration of this case, the then current Billing Rates[1] to be charged by the Duane Firm for its professionals and paraprofessionals shall be reduced by 20% (the "Reduced Rates") across the board.

3. This Order shall be without prejudice to the rights of the Duane Firm to request an elimination of the discounted Billing Rates at the time of the filing of its Final Fee Application.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Stipulation.

507201_1

4. This Order shall be without prejudice to the rights of: (i) WSFS to contest the reasonableness of any of the Duane Firm's fees, whether at the Reduced Rates, or otherwise, in connection with any Fee Applications filed by the Duane Firm, and (ii) the Duane Firm to defend any contest to the reasonableness of its fees.

BY THE COURT:

_____
Ashely M. Chan, USBJ

Interested Parties:
See attached Service List.

507201_1

In Re:  Michael A. Carr
Case No. 16-18870 (AMC)

**Service List**

David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA  19355
Attorney for Debtor

Lynn E. Feldman, Esquire
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA  18104

Bank of America, N.A.
c/o Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

United States Trustee
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541

Bonnie R. Golub, Esq.
Weir & Partners LLP
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA  19107