IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    Chapter 7

MICHAEL A. CARR,
                                          Case No. 16-18870-AMC
            Debtor.

ORDER APPROVING APPLICATION OF LYNN E. FELDMAN,
CHAPTER 7 TRUSTEE, TO EMPLOY
GIULIANO. MILLER & COMPANY, LLC AS ACCOUNTANT

Upon consideration of the *Order Approving Application of Lynn E. Feldman, Chapter 7 Trustee, to Employ Giuliano, Miller & Company, LLC as Accountants* (the "Application") filed by Lynn E. Feldman, chapter 7 Trustee in the above-captioned chapter 7 case (the "Trustee"): and upon consideration of *Declaration of Alfred T. Giuliano* filed in support of the Application (the "Giuliano Declaration"): and the Court being satisfied based on the representations made in both the Application and the Giuliano Declaration that Giuliano, Miller & Company, LLC is "disinterested" as that term is defined in section 101(14) of the Bankruptcy Code; and it appearing that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter; and it appearing that the Application is a core proceeding; and adequate notice of the Application and opportunity for objection having been given; and it appearing that no other notice need be given; and, after due deliberation and sufficient cause therefor; it is hereby

1. **ORDERED** that the Application is approved; and it is further

2. ORDERED that in accordance with section 327(a) of the Bankruptcy Code, the Trustee is authorized to retain Giuliano, Miller & Company, LLC, as her accountants on the terms set forth in the Application and the Giuliano Declaration; it is further

3. ORDERED that compensation shall be paid to Giuliano, Miller & Company, LLC as an administrative expense in such amounts as the Court may hereafter determine and allow; and it is further

4. ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: **March 15**, 2017

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge

CC:

Lynn E. Feldman, Esq.
Feldman Law Office PC
221 N Cedar Crest Blvd.
Allentown, Pennsylvania 18104

Lawrence J. Kotler, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103

United States Trustee
Office of the U.S. Trustee
for the Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107