## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     MICHAEL A CARR                       :
                                                :
                                                :
                                                :     Chapter 7
                Debtor                          :     Case No. 16-18870-amc

## STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT
## OBJECTING TO DISCHARGE

NOW, this ⌐5 day of March, 2017, it is hereby agreed and stipulated to between

the Trustee, Lynn E. Feldman, Esquire, and Attorney for Debtor, David B. Smith,

Esquire, as follows:

1.     The current deadline for Trustee or any parties in interest to file a Complaint

       Objecting to Discharge is April 9, 2017.

2.     The parties hereby agree, that the Trustee, and any parties in interest

       including the U.S. Trustee shall have until June 22, 2017 to file a Complaint

       Objecting to Discharge and/or file a Motion to Dismiss pursuant to 11 U.S.C.

       Section 707(b) . Debtor's attorney certifies that he has specific authority from

       the Debtor to enter into this Stipulation.


Lynn E. Feldman, Esquire                         David B. Smith, Esq.
Chapter 7 Trustee                                Attorney for Debtor

## ORDER

NOW, this 15th   day   March           , 2017, IT IS HEREBY ORDERED

that the above Stipulation be approved and made an Order of this Court with full force

and effect thereof.


Ashely M. Chan
United States Bankruptcy Judge