United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18870-amc
Michael A. Carr                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Marie              Page 1 of 1              Date Rcvd: Mar 13, 2017
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
db            +Michael A. Carr,    5281 Rogers Circle,    Plymouth Meeting, PA 19462-1250
13843100      +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2017 02:20:13      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2017 at the address(es) listed below:
              BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com, imarciniszyn@weirpartners.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SMITH    on behalf of Debtor Michael A. Carr dsmith@smithkanelaw.com
              LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
              LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
               lfeldman@ecf.epiqsystems.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| MICHAEL A. CARR, | : | Case No. 16-18870 (AMC) |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER**

AND NOW, this __13th__ day of __March__, 2017, upon consideration of the Trustee's Application for an Order Authorizing the Employment and Retention of Duane Morris LLP as counsel to the Chapter 7 Trustee Pursuant to 11 U.S.C. §327(a), *Nunc Pro Tunc,* to February 8, 2017 (the "Application"), the objection of Wilmington Savings Fund Society, FSB ("WSFS") filed in opposition thereto (the "Objection") and the Stipulation jointly entered into by and between the Trustee and WSFS (the "Stipulation"),

IT IS ORDERED that:

1. The Application is hereby APPROVED and the Trustee is authorized, subject to the terms and conditions contained herein, to retain Duane Morris LLP (the "Duane Firm") as her counsel pursuant to 11 U.S.C. §327(a), *nunc pro tunc,* as of February 8, 2017;

2. For the duration of this case, the then current Billing Rates[1] to be charged by the Duane Firm for its professionals and paraprofessionals shall be reduced by 20% (the "Reduced Rates") across the board.

3. This Order shall be without prejudice to the rights of the Duane Firm to request an elimination of the discounted Billing Rates at the time of the filing of its Final Fee Application.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Stipulation.

507201_1

4.  This Order shall be without prejudice to the rights of: (i) WSFS to contest the reasonableness of any of the Duane Firm's fees, whether at the Reduced Rates, or otherwise, in connection with any Fee Applications filed by the Duane Firm, and (ii) the Duane Firm to defend any contest to the reasonableness of its fees.

BY THE COURT:

_____
Ashely M. Chan, USBJ

Interested Parties:
See attached Service List.

507201_1

2

In Re:  Michael A. Carr
Case No. 16-18870 (AMC)

**Service List**

David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA  19355
Attorney for Debtor

Lynn E. Feldman, Esquire
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA  18104

Bank of America, N.A.
c/o Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

United States Trustee
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541

Bonnie R. Golub, Esq.
Weir & Partners LLP
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA  19107