United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-18870-amc
Michael A. Carr                                                     Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JeanetteG              Page 1 of 1                  Date Rcvd: Mar 15, 2017
                              Form ID: pdf900              Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2017.
```
db             +Michael A. Carr,    5281 Rogers Circle,    Plymouth Meeting, PA 19462-1250
cr             +Wilmington Savings Fund Society, FSB,    c/o Bonnie R. Golub, Esquire,    Weir & Partners LLP,
                 1339 Chestnut Street, Suite 500,    Philadelphia, PA 19107-3501
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 16 2017 01:29:17      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2017 01:29:07      
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2017 01:29:16      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2017 01:18:25      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2017 at the address(es) listed below:
```
              ALFRED T GIULIANO    atgiuliano@giulianomiller.com, NJ90@ecfcbis.com;ddileo@giulianomiller.com
              BONNIE R. GOLUB    on behalf of Creditor   Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com, imarciniszyn@weirpartners.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SMITH    on behalf of Debtor Michael A. Carr dsmith@smithkanelaw.com
              LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
               lfeldman@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHAEL A. CARR,<br><br>                   Debtor. | Chapter 7<br><br>Case No. 16-18870-AMC |

### ORDER APPROVING APPLICATION OF LYNN E. FELDMAN, CHAPTER 7 TRUSTEE, TO EMPLOY GIULIANO, MILLER & COMPANY, LLC AS ACCOUNTANT

Upon consideration of the *Order Approving Application of Lynn E. Feldman, Chapter 7 Trustee, to Employ Giuliano, Miller & Company, LLC as Accountants* (the "Application") filed by Lynn E. Feldman, chapter 7 Trustee in the above-captioned chapter 7 case (the "Trustee"): and upon consideration of *Declaration of Alfred T. Giuliano* filed in support of the Application (the "Giuliano Declaration"): and the Court being satisfied based on the representations made in both the Application and the Giuliano Declaration that Giuliano, Miller & Company, LLC is "disinterested" as that term is defined in section 101(14) of the Bankruptcy Code; and it appearing that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter; and it appearing that the Application is a core proceeding; and adequate notice of the Application and opportunity for objection having been given; and it appearing that no other notice need be given; and, after due deliberation and sufficient cause therefor; it is hereby

    1.    **ORDERED** that the Application is approved; and it is further

2. **ORDERED** that in accordance with section 327(a) of the Bankruptcy Code, the Trustee is authorized to retain Giuliano, Miller & Company, LLC, as her accountants on the terms set forth in the Application and the Giuliano Declaration; it is further

3. **ORDERED** that compensation shall be paid to Giuliano, Miller & Company, LLC as an administrative expense in such amounts as the Court may hereafter determine and allow; and it is further

4. **ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: **March 15**, 2017

The Honorable Ashely M. Chan
United States Bankruptcy Judge

CC:

Lynn E. Feldman, Esq.
Feldman Law Office PC
221 N Cedar Crest Blvd.
Allentown, Pennsylvania 18104

Lawrence J. Kotler, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103

United States Trustee
Office of the U.S. Trustee
for the Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

2