United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-18870-amc
Michael A. Carr                                                     Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JeanetteG           Page 1 of 1           Date Rcvd: Mar 15, 2017
                              Form ID: pdf900           Total Noticed: 6
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2017.
db             +Michael A. Carr,    5281 Rogers Circle,    Plymouth Meeting, PA 19462-1250
cr             +Wilmington Savings Fund Society, FSB,    c/o Bonnie R. Golub, Esquire,    Weir & Partners LLP,
                 1339 Chestnut Street, Suite 500,    Philadelphia, PA 19107-3501
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 16 2017 01:29:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2017 01:29:12
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2017 01:29:16     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2017 01:18:02     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2017 at the address(es) listed below:
              ALFRED T GIULIANO    atgiuliano@giulianomiller.com, NJ90@ecfcbis.com;ddileo@giulianomiller.com
              BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com, imarciniszyn@weirpartners.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SMITH    on behalf of Debtor Michael A. Carr dsmith@smithkanelaw.com
              LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
               lfeldman@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    MICHAEL A CARR    :
          :
          :
          :    Chapter 7
          Debtor    :    Case No. 16-18870-amc

## STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT
## OBJECTING TO DISCHARGE

NOW, this 15 day of March, 2017, it is hereby agreed and stipulated to between the Trustee, Lynn E. Feldman, Esquire, and Attorney for Debtor, David B. Smith, Esquire, as follows:

1. The current deadline for Trustee or any parties in interest to file a Complaint Objecting to Discharge is April 9, 2017.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until June 22, 2017 to file a Complaint Objecting to Discharge and/or file a Motion to Dismiss pursuant to 11 U.S.C. Section 707(b) . Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____    _____
Lynn E. Feldman, Esquire    David B. Smith, Esq.
Chapter 7 Trustee    Attorney for Debtor

## ORDER

NOW, this 15th day March , 2017, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court with full force and effect thereof.

_____
Ashely M. Chan
United States Bankruptcy Judge