UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Michael Carr                :        Chapter:  7
                                    :
                                    :
        Debtor                      :        Bankruptcy No.  16-18870-AMC

\* \* \* \* \* \* \*

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

The Secretary of Labor has filed *a Motion to Extend Time to File a Complaint Objecting* to the Dischargeability of a Debt.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before July 5, 2017 you or your attorney must do all of the following:

    (a)  file an answer explaining your position at

        U.S. Bankruptcy Court, Eastern District of Pennsylvania, 900
        Market Street, Ste. 400, Phila., PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    John M. Strawn
    U.S. Department of Labor
    170 S. Independence Mall West, Suite 630 E., Phila., PA 19106
    Telephone No. 215-861-5145
    Facsimile No.  215-861-5162

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on July 26, 2017, at 11:00am in Courtroom 5, United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: June 21, 2017