IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : |
| | : Chapter 7 |
| MICHAEL CARR | : |
| | : Bky. No. 16-18870 (AMC) |
| Debtor. | : |

## PRAECIPE TO SUBSTITUTE CERTIFICATE OF SERVICE

Please substitute the attached Certificate of Service with the certificate attached to Debtor Michael Carr's Response in Opposition to the Secretary of Labor's Motion to Extend Time to File a Complaint Objecting to Dischargeability of a Debt, which was filed on July 5, 2017.

Respectfully Submitted,

_____
Michael P. Donohue, Esquire
Smith Kane Holman, LLC

Dated: July 6, 2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : |
| | : Chapter 7 |
| MICHAEL CARR | : |
| | : Bky. No. 16-18870 (AMC) |
| Debtor. | : |

### CERTIFICATION OF SERVICE

It is hereby certified that on this 5th day of July, 2017, a true and correct copy of the Debtor Michael Carr's Response in Opposition to the Secretary of Labor's Motion to Extend Time to File a Complaint Objecting to Dischargeability of a Debt to be served upon all parties of record by ECF and upon the parties listed below by first-class mail, postage prepaid:

John M. Strawn, Esquire
Office of the Solicitor
Suite 630 East, The Curtis Center
170 South Independence mall West
Philadelphia, PA 19106-3306
*Attorney for the U.S. Department of Labor*

Date: July 6, 2017

SMITH KANE HOLMAN, LLC

By: _____
Michael P. Donohue, Esquire
*Attorney for Debtor Michael Carr*