## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MICHAEL CARR, | ) | CASE NO: 16-18870-AMC |
| | ) | |
| Debtor. | ) | |

-----------------------------------------------

### ORDER

Upon review of the Secretary of Labor, United States Department of Labor's Motion to Extend Time to File a Complaint Objecting to the Dischargeability of a Debt in the above-captioned matter, and any response thereto, good cause has been demonstrated. It is therefore ORDERED that the time for the Secretary to file a complaint objecting to the dischargeability of the Debtor's debt to the Tri-State Imaging Consultants, LLC Flexible Benefits Plan is extended ninety (90) days to September 22, 2017.

BY THE COURT

Date: **July 7, 2017**

_____
Ashely M. Chan
United States Bankruptcy Judge

Lawrence J. Kotler
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
ljkotler@duanemorris.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

David B. Smith
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
dsmith@smithkanelaw.com

Michael J. Burns, Esquire
Bowen & Burns
530 Street Road
Southampton, PA 18966
mjburnslaw@verizon.net

John M. Strawn
Office of the Solicitor
Suite 630 East, The Curtis Center
170 South Independence Mall West
Philadelphia, PA 19106-3306
strawn.john@dol.gov
sol.phi.docket@dol.gov