United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-18870-amc
Michael A. Carr                                                       Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Jul 07, 2017
                              Form ID: pdf900          Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
db             +Michael A. Carr,    5281 Rogers Circle,    Plymouth Meeting, PA 19462-1250
cr             +U.S. Department of Labor,    Office of the Solicitor,    Suite 630 East, The Curtis Center,
                 170 S. Independence Mall West,    Philadelphia, PA 19106-3323
cr             +Wilmington Savings Fund Society, FSB,    c/o Bonnie R. Golub, Esquire,    Weir & Partners LLP,
                 1339 Chestnut Street, Suite 500,    Philadelphia, PA 19107-3501
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jul 08 2017 03:00:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 08 2017 03:00:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 08 2017 03:00:41     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2017 02:51:33     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:
              ALFRED T GIULIANO    atgiuliano@giulianomiller.com, NJ90@ecfcbis.com;ddileo@giulianomiller.com
              BONNIE R. GOLUB    on behalf of Creditor   Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com, imarciniszyn@weirpartners.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SMITH    on behalf of Defendant Michael A. Carr dsmith@smithkanelaw.com
              DAVID B. SMITH    on behalf of Debtor Michael A. Carr dsmith@smithkanelaw.com
              JOHN M. STRAWN    on behalf of Creditor   U.S. Department of Labor strawn.john@dol.gov,
               zzsol-phi-docket@dol.gov
              LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
               lfeldman@ecf.epiqsystems.com
              MICHAEL J. BURNS    on behalf of Plaintiff Joyce  Wojtowicz and Plan Participants in the Tri State
               Imaging PR, mjburnslaw@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MICHAEL CARR, | ) | CASE NO: 16-18870-AMC |
| | ) | |
| Debtor. | ) | |

## ORDER

Upon review of the Secretary of Labor, United States Department of Labor's Motion to Extend Time to File a Complaint Objecting to the Dischargeability of a Debt in the above-captioned matter, and any response thereto, good cause has been demonstrated. It is therefore ORDERED that the time for the Secretary to file a complaint objecting to the dischargeability of the Debtor's debt to the Tri-State Imaging Consultants, LLC Flexible Benefits Plan is extended ninety (90) days to September 22, 2017.

BY THE COURT

Date: **July 7, 2017**

_____
Ashely M. Chan
United States Bankruptcy Judge

Lawrence J. Kotler
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
ljkotler@duanemorris.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

David B. Smith
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
dsmith@smithkanelaw.com

Michael J. Burns, Esquire
Bowen & Burns
530 Street Road
Southampton, PA 18966
mjburnslaw@verizon.net

John M. Strawn
Office of the Solicitor
Suite 630 East, The Curtis Center
170 South Independence Mall West
Philadelphia, PA 19106-3306
strawn.john@dol.gov
sol.phi.docket@dol.gov