UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | :    Chapter 7 |
| Michael Carr | : |
| | :    Bankruptcy No. 16-18870AMC |
| Debtor. | : |
| | : |

# **O R D E R**

**AND NOW,** this 10th day of July, 2017, it is hereby **ORDERED** that the July 7, 2017 Order extending time for the Secretary of Labor to file a Complaint Objecting to the Dischargeability of a Debt in the above-captioned matter, is hereby **VACATED**.

_____
Ashely M. Chan
United States Bankruptcy Judge