# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| MICHAEL A. CARR, | : | |
| | : | Case No. 16-18870-AMC |
| Debtor. | : | |
| | : | |

## NOTICE OF ADJOURNMENT OF HEARING

PLEASE TAKE NOTICE that the hearing, previously scheduled for September 6, 2017 at 11:00 a.m., has been adjourned to **September 27, 2017 at 11:00 a.m.** before the Honorable Ashely M. Chan in Courtroom 5, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

DATED: August 31, 2017
Philadelphia, Pennsylvania

/s/  Lawrence J. Kotler
Lawrence J. Kotler, Esquire (PA I.D. 56029)
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA  19103
Telephone:     (215) 979-1000
Facsimile:     (215) 979-1020
Email:  ljkotler@duanemorris.com

***Counsel for Lynn E. Feldman,
Chapter 7 Trustee for the Debtor's Estate***

DM3\4794139.1