IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL A CARR, | Case No. 16-18870-AMC |
| Debtor. | |

### NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO FED. R. BANKR. P. 2004 AUTHORIZING THE EXAMINATION OF AND PRODUCTION OF DOCUMENTS

**PLEASE TAKE NOTICE** that on September 15, 2017, Lynn E. Feldman (the "Trustee"), court appointed Chapter 7 Trustee for the estate of Michael A. Carr, the above-captioned chapter 7 debtor (the "Debtor"), filed the *Motion of Lynn E. Feldman, Chapter 7 Trustee for the Estate of Michael A. Carr, Seeking Entry of an Order Pursuant Fed. R. Bankr. P. 2004 Authorizing the Examination of and Production of Documents from Morison Cogen LLP* (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **September 29, 2017 at 4:00 p.m.**, or your attorney must do all of the following:

(a)   file an answer or other response explaining your position at:

Clerk of Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street
Philadelphia, Pennsylvania 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)   mail a copy to:

Feldman Law Office PC
Lynn E. Feldman, Esquire
221 N. Cedar Crest Blvd.
Allentown, Pennsylvania 18104

DM3\4769847.4

*and*

Duane Morris LLP
Lawrence J. Kotler, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196

**PLEASE TAKE FURTHER NOTICE** that if you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Ashely M. Chan, Courtroom #5, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, Pennsylvania 19107, on **October 18, 2017 at 11:00 a.m. prevailing Eastern Time**. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

**PLEASE TAKE FURTHER NOTICE** that if a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the undersigned.

**PLEASE TAKE FURTHER NOTICE** that you may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: September 15, 2017          DUANE MORRIS LLP

/s/ *Lawrence J. Kotler*
Lawrence J. Kotler, Esquire (PA I.D. 56029)
Drew S. McGehrin, Esquire (PA I.D. 322568)
30 S. 17th Street
Philadelphia, PA 19103
Telephone:    (215) 979-1000
Facsimile:    (215) 979-1020
Email:         ljkotler@duanemorris.com
                dsmcgehrin@duanemorris.com

*Counsel for Lynn E. Feldman, Chapter 7 Trustee*