## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTER DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael A. Carr<br><br>          Debtor(s) | CHAPTER 7<br><br>BKY. NO. 16-18870 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of JPMORGAN CHASE BANK, N.A. and index same on the master mailing list.

      Respectfully submitted,

      **/s/ Matteo S. Weiner, Esquire**
      Matteo S. Weiner, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322 FAX (215) 627-7734