United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18870-amc
Michael A. Carr                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Oct 18, 2017
                              Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db            +Michael A. Carr,    5281 Rogers Circle,    Plymouth Meeting, PA 19462-1250
cr            +U.S. Department of Labor,    Office of the Solicitor,    Suite 630 East, The Curtis Center,
               170 S. Independence Mall West,    Philadelphia, PA 19106-3323
cr            +Wilmington Savings Fund Society, FSB,    c/o Bonnie R. Golub, Esquire,    Weir & Partners LLP,
               1339 Chestnut Street, Suite 500,    Philadelphia, PA 19107-3501
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Oct 19 2017 01:36:41     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2017 01:36:06
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2017 01:36:23     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 01:37:03     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              ALFRED T GIULIANO    atgiuliano@giulianomiller.com, NJ90@ecfcbis.com;ddileo@giulianomiller.com
              BONNIE R. GOLUB    on behalf of Creditor   Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com, imarciniszyn@weirpartners.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SMITH    on behalf of Defendant Michael A. Carr dsmith@smithkanelaw.com
              DAVID B. SMITH    on behalf of Debtor Michael A. Carr dsmith@smithkanelaw.com
              JOHN M. STRAWN    on behalf of Creditor   U.S. Department of Labor strawn.john@dol.gov,
               zzsol-phi-docket@dol.gov
              LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
               lfeldman@ecf.epiqsystems.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              MICHAEL J. BURNS    on behalf of Plaintiff Joyce   Wojtowicz and Plan Participants in the Tri State
               Imaging PR, mjburnslaw@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| MICHAEL A. CARR, | : | |
| | : | Case No. 16-18870-AMC |
| Debtor. | : | |

ORDER AUTHORIZING THE EXAMINATION OF AND
PRODUCTION OF DOCUMENTS FROM MORISON COGEN LLP
PURSUANT TO FED. R. BANKR. P. 2004

Upon consideration of the Motion of Lynn E. Feldman, Chapter 7 Trustee for the bankruptcy estate of Michael A. Carr (the "Trustee"), Seeking Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Authorizing the Examination of and Production of Documents from Morison Cogen LLP (the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the Trustee is authorized to conduct an examination of Morison Cogen, and in particular, Lee S. Kersey, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and it is further

ORDERED that Morison Cogen, and in particular, Lee S. Kersey, is directed to appear before and be examined, under oath, by counsel for the Trustee, Duane Morris LLP, at such counsel's law offices located at 30 S. 17th Street, Philadelphia, Pennsylvania 19103 and on such date and at such time as may be agreed to by and among the parties or within sixty (60) days of the date of this Order;

ORDERED that, at least fifteen (15) days prior to the time of such examination, Morison Cogen, and in particular, Lee S. Kersey, are directed to produce copies of any and all documents,

DM3\4769847.4

within his possession, custody and control, that are responsive to the Document Requests attached as Exhibit "B" to the Motion, and it is further

ORDERED that the Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to this Order.

Dated: ~~September xxxx 2017~~
**October 18, 2017**

_____
The Honorable Ashely M. Chan,
United States Bankruptcy Judge

2

DM3\4769847.4