United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18870-amc
Michael A. Carr                                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Nov 06, 2017
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.
db         +Michael A. Carr,    5281 Rogers Circle,    Plymouth Meeting, PA 19462-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:
        ALFRED T GIULIANO   atgiuliano@giulianomiller.com, NJ90@ecfcbis.com;ddileo@giulianomiller.com
        BONNIE R. GOLUB   on behalf of Creditor   Wilmington Savings Fund Society, FSB
         bgolub@weirpartners.com, imarciniszyn@weirpartners.com
        BRIAN CRAIG NICHOLAS   on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        DAVID B. SMITH   on behalf of Debtor Michael A. Carr dsmith@smithkanelaw.com
        DAVID B. SMITH   on behalf of Defendant Michael A. Carr dsmith@smithkanelaw.com
        JOHN M. STRAWN   on behalf of Creditor   U.S. Department of Labor strawn.john@dol.gov,
         zzsol-phi-docket@dol.gov
        LAWRENCE J. KOTLER   on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
        LYNN E. FELDMAN   trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
        LYNN E. FELDMAN   on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
         lfeldman@ecf.epiqsystems.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        MICHAEL J. BURNS   on behalf of Plaintiff Joyce  Wojtowicz and Plan Participants in the Tri State
         Imaging PR, mjburnslaw@verizon.net
        REBECCA ANN SOLARZ   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD MILLER   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
         YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1,
         MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 wmiller@sterneisenberg.com,
         bkecf@sterneisenberg.com
                                                                                                             TOTAL: 14

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Michael A. Carr<br>Debtor | | CHAPTER 7 |
| JPMORGAN CHASE BANK, N.A.<br>Movant<br>vs. | | NO. 16-18870 AMC |
| Michael A. Carr<br>Debtor | | 11 U.S.C. Section 362 |
| Lynn E. Feldman Esq.<br>Trustee | | |

## ORDER

AND NOW, this 6th day of November, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 5281 Rogers Cir, Plymouth Meeting, PA 19462 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Ashely M. Chan, U.S. Bankruptcy Judge

Michael A. Carr
5281 Rogers Circle
Plymouth Meeting, PA 19462

David B. Smith, Esq.
112 Moores Road, Suite 300
Malvern, PA 19355

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532