**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael A. Carr** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number | **16-18870** |
| (if known) | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **5281 Rogers Circle Plymouth Meeting, PA 19462  Montgomery County**<br>Line from *Schedule A/B*: **1.1** | $600,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) tenants by the entirety |
| **210 E. 40th Street Sea Isle City, NJ 08243  Cape May County**<br>Line from *Schedule A/B*: **1.2** | $570,000.00 | ■ $134,370.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) tenants by the entirety NJSA 46:3-17.2(a) & 46:3-17.4 |
| **4210 Manayunk Avenue Philadelphia, PA 19128  Philadelphia County**<br>Line from *Schedule A/B*: **1.3** | $180,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |
| **2008 Chevrolet Tahoe 127,000 miles Location: 5281 Rogers Circle, Plymouth Meeting PA 19462**<br>Line from *Schedule A/B*: **3.1** | $9,108.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |
| **2008 BMW XS 130,000 miles Location: 5281 Rogers Circle, Plymouth Meeting PA 19462**<br>Line from *Schedule A/B*: **3.2** | $8,310.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |

| Debtor 1 | Michael A. Carr | | Case number (if known) | **16-18870** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2007 Toyota Camry 118,000 miles**<br>**Location: 5281 Rogers Circle, Plymouth Meeting PA 19462**<br>Line from *Schedule A/B*: **3.3** | $4,911.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **2012 Yamaha PWC Cruiser**<br>**Sea Isle City, NJ**<br>Line from *Schedule A/B*: **4.1** | $4,115.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **2012 Yamaha PWC Cruiser**<br>**Sea Isle City, NJ**<br>Line from *Schedule A/B*: **4.2** | $4,115.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **various furnitures, furnishings and appliances**<br>**Location: 5281 Rogers Circle, Plymouth Meeting PA 19462**<br>Line from *Schedule A/B*: **6.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) tenants by the entirety** |
| **various furniture, furnishings and appliances**<br>**Sea Isle City, NJ**<br>Line from *Schedule A/B*: **6.2** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) tenants by the entirety** |
| **5 TVs; 1 computer**<br>**Location: 5281 Rogers Circle, Plymouth Meeting PA 19462**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) tenants by the entirety** |
| **3 TVs**<br>**Sea Isle City, NJ**<br>Line from *Schedule A/B*: **7.2** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) tenants by the entirety** |
| **golf clubs; bikes**<br>**Location: 5281 Rogers Circle, Plymouth Meeting PA 19462**<br>Line from *Schedule A/B*: **9.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) tenants by the entirety** |
| **various clothes and clothing**<br>**Location: 5281 Rogers Circle, Plymouth Meeting PA 19462**<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(a)(1)** |
| **men's watch, chain and ring; women's rings, bracelets and other jewelry**<br>**Location: 5281 Rogers Circle, Plymouth Meeting PA 19462**<br>Line from *Schedule A/B*: **12.1** | $30,000.00 | ■ $30,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) tenants by the entirety** |
| **pet dog**<br>**Location: 5281 Rogers Circle, Plymouth Meeting PA 19462**<br>Line from *Schedule A/B*: **13.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) tenants by the entirety** |

| Debtor 1 | Michael A. Carr | | Case number (if known) | 16-18870 |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $500.00 | ■ | $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) tenants by the entirety** |
| **savings acct. no. xxxx6536: Wells Fargo**<br>Line from *Schedule A/B*: **17.1** | $4,049.13 | ■ | $4,049.13<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) tenants by the entirety** |
| **checking acct. no. xxxx8143: Wells Fargo**<br>Line from *Schedule A/B*: **17.2** | $4,531.60 | ■ | $4,531.60<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) tenants by the entirety** |
| **Money Market acct. no. xxxx9270: Wells Fargo**<br>Line from *Schedule A/B*: **17.3** | $30,017.03 | ■ | $30,017.03<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) tenants by the entirety** |
| **checking acct. no. xxxx3078: BB&T**<br>Line from *Schedule A/B*: **17.4** | $71,941.42 | ■ | $71,941.42<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) tenants by the entirety** |
| **checking acct. no. xxxx709-S01: American Heritage Federal Credit Union**<br>Line from *Schedule A/B*: **17.5** | $46,743.88 | ■ | $46,743.88<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **savings acct. no. xxxx709-S00: American Heritage Federal Credit Union**<br>Line from *Schedule A/B*: **17.6** | $13,039.08 | ■ | $13,039.08<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **CD acct. no. xxxx709-S30: American Heritage Federal Credit Union**<br>Line from *Schedule A/B*: **17.7** | $2,000.00 | ■ | $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **investment account: Raymond James**<br>Line from *Schedule A/B*: **17.8** | $0.00 | ■ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **checking acct. no. xxxx3191: Wells Fargo**<br>Line from *Schedule A/B*: **17.9** | $70.28 | ■ | $70.28<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **checking acct. no. xxxx1277: Wells Fargo**<br>Line from *Schedule A/B*: **17.10** | $642.69 | ■ | $642.69<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **checking acct. no. xxxx5389: BB&T**<br>Line from *Schedule A/B*: **17.11** | $2,237.42 | ■ | $2,237.42<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |

| Debtor 1 | Michael A. Carr | | Case number (if known) | **16-18870** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Disability Management Consultants, LLC**<br>**(independent medical examination company; Debtor's part interest in entity is believed to have no resale value and, thus, is valued at $0)**<br>**16.6%**<br>Line from *Schedule A/B*: **19.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **C&M Student Housing, LLC**<br>**(entity that owns three properties, but with liabilities that are believed to exceed the fair market value of the properties and, thus, the interest is valued at $0; also, it is believed that the Debtor's part interest in the enti**<br>Line from *Schedule A/B*: **19.2** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **TSI, LP**<br>**(holding company for now defunct medical diagnostic imaging centers (including centers and related billing companies taken over by secured lender) and payroll company)**<br>**16.6 % ownership**<br>Line from *Schedule A/B*: **19.3** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **TSI Group GP, LLC**<br>**(general partner in TSI, LP, which is holding company for now defunct medical diagnostic imaging centers (including centers and related billing companies taken over by secured lender) and payroll company**<br>**16.6 % ownership**<br>Line from *Schedule A/B*: **19.4** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **Tri State G.P., LLC**<br>**(general partner in WCP Breast MRI, LP, a now defunct breast imaging center, and Lebanon Diagnostic Imaging, LP, a now defunct imaging center)**<br>**16.6 % ownership**<br>Line from *Schedule A/B*: **19.5** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **Tri-State Imaging Consultants, LLC**<br>**(general partner in Rittenhouse Imaging Center, LP, a now defunct imaging center, and limited partner in TSI, LP, a holding company for now defunct medical diagnostic imaging centers (including centers and related billin**<br>Line from *Schedule A/B*: **19.6** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |

| Debtor 1 | Michael A. Carr | | | Case number (if known) | **16-18870** |
|---|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **WCP Breast MRI, LP**<br>**(now defunct specialty breast MRI center)**<br>**11.6 % ownership**<br>Line from *Schedule A/B*: **19.7** | $0.00 | ■<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **Andorra Open MRI, Inc.**<br>**(entity previously owned an MRI center and now holds a nominal interest in a holding company, which has no value)**<br>**16.6 % ownership**<br>Line from *Schedule A/B*: **19.8** | $0.00 | ■<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **County Line Open MRI, Inc.**<br>**(entity previously owned an MRI center and now holds a nominal interest in a holding company, which has no value)**<br>**16.6 % ownership**<br>Line from *Schedule A/B*: **19.9** | $0.00 | ■<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **BSI Acquisition, Inc.**<br>**(shell acquisition entity which has no assets)**<br>**16.6 % ownership**<br>Line from *Schedule A/B*: **19.10** | $0.00 | ■<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **DDG Acquisition, LLC**<br>**(shell acquisition entity which has no assets)**<br>**16.6 % ownership**<br>Line from *Schedule A/B*: **19.11** | $0.00 | ■<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **4839 Ogle Street, LLC**<br>**(entity owned an undeveloped lot that was sold in 2015)**<br>**50 % ownership**<br>Line from *Schedule A/B*: **19.12** | $0.00 | ■<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **4089 Pechin Street, LLC**<br>**(entity owns undeveloped lot worth approximately $50,000; since part ownership interest in entity is believed to have no resale value, it is valued at $0)**<br>**50 % ownership**<br>Line from *Schedule A/B*: **19.13** | $0.00 | ■<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **Debtor and wife might be eligible for a tax refund relating to calendar year 2016**<br>Line from *Schedule A/B*: **28.1** | Unknown | ■<br>☐ | Unknown<br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) tenants by the entirety** |
| **loan payable to Debtor and wife from C&M Student Housing, LLC**<br>Line from *Schedule A/B*: **30.1** | $92,468.81 | ■<br>☐ | $92,468.81<br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) tenants by the entirety** |

| Debtor 1 | Michael A. Carr | | Case number (if known) | **16-18870** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **loan payable to Debtor and wife from 4089 Pechin Street, LLC**<br>Line from *Schedule A/B*: **30.2** | $17,057.35 | ■ | $17,057.35 | **11 USC § 522(b)(3)(B) tenants by the entirety** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Allstate**<br>**(term life insurance)**<br>**Beneficiary: Lisa Carr**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ | $0.00 | **42 Pa.C.S. § 8124(c)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Lincoln Financial**<br>**(term life insurance)**<br>**Beneficiary: buy/sell arrangement**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ■ | $0.00 | **42 Pa.C.S. § 8124(c)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Debtor is named beneficiary of wife's life insurance**<br>**Beneficiary: Debtor**<br>Line from *Schedule A/B*: **31.3** | $0.00 | ■ | $0.00 | **42 Pa.C.S. § 8124(c)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes