IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| MICHAEL A. CARR, | : |  |
|  | : | Case No. 16-18870-AMC |
| Debtor. | : |  |
|  | : |  |

## NOTICE OF OBJECTION TO CLAIM OF EXEMPTION AND HEARING DATE

Lynn E. Feldman, Trustee, has filed an objection to certain of your claims of exemption in this bankruptcy case, a copy of which is attached hereto.

Certain of your claims of exemption may be eliminated or changed by the court because an objection has been filed.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

If you do not want the court to eliminate or change your claims of exemption, or if you want the court to consider your views, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Ashely M. Chan, on **November 14, 2018 at 11:00 a.m.,** in Courtroom 4, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

DATED:  October 10, 2018
Philadelphia, Pennsylvania

/s/   Lawrence J. Kotler
Lawrence J. Kotler, Esquire (PA I.D. 56029)
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA  19103
Telephone:     (215) 979-1000
Facsimile:       (215) 979-1020
Email:             ljkotler@duanemorris.com
**Counsel for Lynn E. Feldman,**
**Chapter 7 Trustee for the Debtor's Estate**

DM3\5417933.1