IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| MICHAEL A. CARR, | : | |
| | : | Case No. 16-18870-AMC |
| Debtor. | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Lawrence J. Kotler, Esquire, certify that I am not less than 18 years of age, and that on this 10th day of October, 2018, a true and correct copy of the *Objection of Lynn E. Feldman, Chapter 7 Trustee, to the Debtor's Claim of Exemption in Certain Undisclosed Property* was served on the attached service list via United States First Class mail, postage prepaid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Respectfully Submitted,

By: */s/ Lawrence J. Kotler*
Lawrence J. Kotler (56029)
DUANE MORRIS, LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 979-1514
Facsimile: (215) 689-2746
E-mail: LJKotler@duanemorris.com

Dated: October 10, 2018

**SERVICE LIST**

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Dr. Michael A. Carr
5281 Rogers Circle
Plymouth Meeting, PA 19462

Lynn E. Feldman, Esquire
Feldman Law Offices PC
221 N. Cedar Crest Boulevard
Allentown, PA 18104-4603

David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355

Bonnie Golub, Esquire
Weir & Partners LLP
The Widener Building
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107

Harry J. Giacometti, Esquire
Flaster Greenberg
1835 Market Street
Suite 1050
Philadelphia, PA 19103

Matthew Hamermesh, Esquire
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103

Holly Smith, Esquire
Gellert, Scali, Busenkell & Brown, LLC
601 Walnut Street, Suite 750W
Philadelphia, PA 19106

Michael Kaliner, Esquire
Adelstein & Kaliner, LLC
350 South Main Street, Suite 150
Doylestown, PA  18901

Lawrence Holmes, Esquire
Dilworth Paxson LLP
1500 Market Street 3500E
Philadelphia, PA  19102

Michael J. Burns, Esquire
Bowen & Burns
530 Street Road
Southampton, PA  18966

Brandon S. Pfister
U.S. Department of Labor
170 S. Independence Mall West
Suite 870 West
Philadelphia, PA  19106-3317

Kamaljit Bains
U.S. Department of Labor
The Curtis Center
170 S. Independence Mall West
Suite 870 West
Philadelphia, PA  19106-3317