IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **MICHAEL A. CARR,** | **Case No. 16-18870-AMC** |
| Debtor. | |

## NOTICE OF SUCCESSFUL MEDIATION

Lynn E. Feldman, Esquire (the "Trustee"), the court appointed chapter 7 Trustee for the estate of Michael A. Carr, in accordance with that certain Stipulation and Agreed Order Tolling Certain Statutes of Limitation and Adjourning Certain Deadlines [Doc. No. 100] (the "Tolling Stipulation"),[1] hereby provides notice of the Court that the Mediation has concluded, and that all of the Claims were successfully resolved. The Trustee intends to file a motion for approval of a settlement under Rule 9019 of the Federal Rules of Bankruptcy Procedure as soon as practicable.

Respectfully Submitted,

By: /s/ Lawrence J. Kotler
Lawrence J. Kotler (56029)
DUANE MORRIS, LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 979-1514
Facsimile: (215) 689-2746
E-mail: LJKotler@duanemorris.com

Dated: February 28, 2019

---

[1] All capitalized terms used but not defined herein shall have the meanings given to them in the Tolling Stipulation.

DM3\5582022.1