IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL A. CARR, | |
| Debtor. | Case No. 16-18870-AMC |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

TO:  THE UNITED STATES TRUSTEE AND ALL PERSONS REQUESTING NOTICES UNDER RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, NOTICE IS GIVEN THAT:

Lynn E. Feldman, Chapter 7 Trustee for the above-captioned debtors (the "Trustee" or "Movant"), has filed a Motion for Entry Of An Order Authorizing And Approving Settlement Agreement Pursuant to Bankruptcy Rule 9019 with Michael A. Carr (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.   If you do not want the court to grant the relief sought in the Motion of if you want the court to consider your views on the Motion, then on or before **April 1, 2019 at 4:00 p.m.**, you or your attorney must do all of the following:

You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: March 14, 2019                              DUANE MORRIS LLP

                                                   By:    */s/ Lawrence J. Kotler*
                                                        Lawrence J. Kotler, Esquire
                                                        PA Attorney Identification No. 56029
                                                        30 South 17th Street
                                                        Philadelphia, PA 19103
                                                        215.979.1000

                                                        *Attorneys for Movant,*
                                                        *Lynn E. Feldman, Chapter 7 Trustee*