IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL A. CARR, | |
| | Case No. 16-18870-AMC |
| Debtor. | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

TO:   THE UNITED STATES TRUSTEE AND ALL PERSONS REQUESTING NOTICES UNDER RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, NOTICE IS GIVEN THAT:

Lynn E. Feldman, Chapter 7 Trustee for the above-captioned debtors (the "Trustee" or "Movant"), has filed a Motion for Entry Of An Order Authorizing And Approving Settlement Agreement Pursuant to Bankruptcy Rule 9019 with Michael A. Carr, Lisa A. Carr, C&M Student Housing, LLC and 4089 Pechin Street, LLC (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.   If you do not want the court to grant the relief sought in the Motion of if you want the court to consider your views on the Motion, then on or before **April 1, 2019 at 4:00 p.m.**, you or your attorney must do all of the following:

      a.    **File an answer explaining your position at**

      Clerk of Court
      United States Bankruptcy Court for the Eastern District of PA
      Robert N.C. Nix, Sr. Federal Courthouse
      900 Market Street, Suite 400
      Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      b.    **Mail a copy of your answer to the Movant's attorney:**

      Lawrence J. Kotler, Esquire
      Duane Morris LLP
      30 South 17th Street
      Philadelphia, PA  19103
      215-979-1514 (telephone)
      215-979-1020 (telecopier)

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3.    A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on **April 8, 2019 at 11:00 a.m.,** in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

4.    If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

DM3\5657135.1

2

You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: March 14, 2019                                DUANE MORRIS LLP

                                         By:   /s/ Lawrence J. Kotler
                                                Lawrence J. Kotler, Esquire
                                                PA Attorney Identification No. 56029
                                                30 South 17th Street
                                                Philadelphia, PA 19103
                                                215.979.1000

                                                *Attorneys for Movant,*
                                                *Lynn E. Feldman, Chapter 7 Trustee*