IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | Chapter 7 |
| MICHAEL A. CARR, | Case No. 16-18870-AMC |
| Debtor. |  |

**AMENDED[1]**
**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

TO:   THE UNITED STATES TRUSTEE AND ALL PERSONS REQUESTING NOTICES UNDER RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, NOTICE IS GIVEN THAT:

Lynn E. Feldman, Chapter 7 Trustee for the above-captioned debtors (the "Trustee" or "Movant"), has filed a Motion for Entry Of An Order Authorizing And Approving Settlement Agreement Pursuant to Bankruptcy Rule 9019 with Michael A. Carr (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.   If you do not want the court to grant the relief sought in the Motion of if you want the court to consider your views on the Motion, then on or before **April 1, 2019 at 4:00 p.m.**, you or your attorney must do <u>all</u> of the following:

---

[1] Due to an issue with the scanning of this document, only two of the three pages of this Notice were filed with the Court. However, all three pages of the Notice were served upon the interested parties. Thus, this Amended Notice is filed of record to provide the Court with a complete copy of the actual mailing that was served upon the Debtor, his creditors and other parties in interest.

DM3\5675766.1

      a.      **File an answer explaining your position at:**

    Clerk of Court
    United States Bankruptcy Court for the Eastern District of PA
    Robert N.C. Nix, Sr. Federal Courthouse
    900 Market Street, Suite 400
    Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      b.      **Mail a copy of your answer to the Movant's attorney:**

    Lawrence J. Kotler, Esquire
    Duane Morris LLP
    30 South 17th Street
    Philadelphia, PA  19103
    215-979-1514 (telephone)
    215-979-1020 (telecopier)

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3.      A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on **April 8, 2019 at 11:00 a.m.,** in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

4.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: March 15, 2019                                   DUANE MORRIS LLP

                                                       By:    */s/ Lawrence J. Kotler*
                                                              Lawrence J. Kotler, Esquire
                                                              PA Attorney Identification No. 56029
                                                              30 South 17th Street
                                                              Philadelphia, PA 19103
                                                              215.979.1000

                                                              *Attorneys for Movant,*
                                                              *Lynn E. Feldman, Chapter 7 Trustee*

DM3\5675766.1