United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-18870-amc
Michael A. Carr                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore          Page 1 of 2         Date Rcvd: Apr 08, 2019
                            Form ID: pdf900          Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
db             +Michael A. Carr,    5281 Rogers Circle,    Plymouth Meeting, PA 19462-1250
cr             +U.S. Department of Labor,    Office of the Solicitor,    Suite 630 East, The Curtis Center,
                 170 S. Independence Mall West,    Philadelphia, PA 19106-3323
cr             +Wilmington Savings Fund Society, FSB,    c/o Bonnie R. Golub, Esquire,    Weir & Partners LLP,
                 1339 Chestnut Street, Suite 500,    Philadelphia, PA 19107-3501
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 09 2019 02:50:39      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2019 02:50:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 09 2019 02:50:36      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 02:53:50      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
          ALFRED T GIULIANO    atgiuliano@giulianomiller.com,    NJ90@ecfcbis.com;ddileo@giulianomiller.com
          BARBARA A. FEIN    on behalf of Defendant    4089 Pechin Street bfein@sanddlawyers.com,
           mhanford@sanddlawyers.com
          BARBARA A. FEIN    on behalf of Defendant    C&M Student Housing LLC bfein@sanddlawyers.com,
           mhanford@sanddlawyers.com
          BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           bgolub@weirpartners.com,    imarciniszyn@weirpartners.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID B. SMITH    on behalf of Debtor Michael A. Carr dsmith@skhlaw.com,
           b.dr70286@notify.bestcase.com
          DAVID B. SMITH    on behalf of Defendant Michael A. Carr dsmith@skhlaw.com,
           b.dr70286@notify.bestcase.com
          JOHN M. STRAWN    on behalf of Creditor    U.S. Department of Labor strawn.john@dol.gov,
           zzsol-phi-docket@dol.gov
          LAWRENCE J. KOTLER    on behalf of Plaintiff Lynn  Feldman ljkotler@duanemorris.com
          LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
          LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
           lfeldman@ecf.axosfs.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          MICHAEL J. BURNS    on behalf of Plaintiff Joyce  Wojtowicz and Plan Participants in the Tri State
           Imaging PR, mjburnslaw@verizon.net
          PHILIP S. ROSENZWEIG    on behalf of Defendant    4089 Pechin Street prosenzweig@sanddlawyers.com,
           mhanford@sanddlawyers.com;mraynor@sanddlawyers.com;rchew@sanddlawyers.com;boneill@sanddlawyers.co
           m
```

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2               Date Rcvd: Apr 08, 2019
                              Form ID: pdf900          Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        PHILIP S. ROSENZWEIG    on behalf of Defendant    C&M Student Housing LLC
         prosenzweig@sanddlawyers.com,
         mhanford@sanddlawyers.com;mraynor@sanddlawyers.com;rchew@sanddlawyers.com;boneill@sanddlawyers.com
        REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                      TOTAL: 19

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| MICHAEL A. CARR, | : | |
| | : | Case No. 16-18870-AMC |
| Debtor. | : | |

**ORDER APPROVING SETTLEMENT AGREEMENT
BY AND AMONG LYNN E. FELDMAN, CHAPTER 7 TRUSTEE,
AND MICHAEL A. CARR, LISA A. CARR, C&M STUDENT HOUSING, LLC
AND 4089 PECHIN STREET, LLC**

AND NOW, this __8th__ day of __April__ 2019, upon the motion of Lynn E. Feldman, (the "Motion"), the duly appointed Chapter 7 Trustee (the "Trustee") for the estate of the above-captioned debtor, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for entry of an order authorizing and approving the Carr Settlement Agreement as defined in and attached to the Motion; due notice having been given; and the Court determining that good cause and sufficient bases exist for the relief requested in the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;
2. The Carr Settlement Agreement is APPROVED; and
3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation, effectuation or implementation of this Order and/or the Carr Settlement Agreement.

**SO ORDERED.**

BY THE COURT:

_____
Ashely M. Chan, U.S.B.J.

CC:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Lawrence J. Kotler, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, Pa 19103

DM3\5657135.1