IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL A. CARR, | ) | |
| | ) | Case No. 16-18870-amc |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Lawrence J. Kotler, Esquire, certify that I am not less than 18 years of age, and that on this 12th day of August, 2020, a true and correct copy of the following documents were filed electronically with this Court:

1. *First Interim Fee Application of Duane Morris LLP as Counsel for Chapter 7 Trustee for Allowance of Compensation for Services Rendered for the Period from February 8, 2017 through June 30, 2020* (the "Application");

2. Declaration of Lawrence J. Kotler;

3. Proposed Order Approving the Application; and

4. the within Certificate of Service.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. In addition, the persons identified on the attached service list were served via first class mail, postage prepaid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 12, 2020                          /s/ Lawrence J. Kotler
                                                Lawrence J. Kotler, Esquire

DM3\6991144.1

## SERVICE LIST

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Dr. Michael A. Carr
5281 Rogers Circle
Plymouth Meeting, PA 19462

Lynn E. Feldman, Esquire
Feldman Law Offices PC
221 N. Cedar Crest Boulevard
Allentown, PA 18104-4603

David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355

Steven T. Hanford, Esquire
Barbara Fein, Esquire
Silverang, Donohoe, Rosenzweig & Haltzman, LLC
595 East Lancaster Avenue
Suite 203
St. Davids, PA 19087

Bonnie Golub, Esquire
Weir & Partners LLP
The Widener Building
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107

Harry J. Giacometti, Esquire
Flaster Greenberg
1835 Market Street
Suite 1050
Philadelphia, PA 19103

Matthew Hamermesh, Esquire
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103

2

Holly Smith, Esquire
Gellert, Scali, Busenkell & Brown, LLC
601 Walnut Street, Suite 750W
Philadelphia, PA 19106

Michael Kaliner, Esquire
Adelstein & Kaliner, LLC
350 South Main Street, Suite 150
Doylestown, PA 18901

Lawrence Holmes, Esquire
Dilworth Paxson LLP
1500 Market Street 3500E
Philadelphia, PA 19102

Michael J. Burns, Esquire
Bowen & Burns
530 Street Road
Southampton, PA 18966

Brandon S. Pfister
U.S. Department of Labor
170 S. Independence Mall West
Suite 870 West
Philadelphia, PA 19106-3317

Kamaljit Bains
U.S. Department of Labor
The Curtis Center
170 S. Independence Mall West
Suite 870 West
Philadelphia, PA 19106-3317

DM3\6991144.1