# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MICHAEL A. CARR,** | ) | |
| | ) | **Case No. 16-18870-amc** |
| Debtor. | ) | |

## PRAECIPE TO WITHDRAW DOCKET NO. 139

TO THE CLERK OF THE COURT:

Kindly withdraw the *Certificate of No Objection* (Docket No. 139) filed on August 20, 2020.

DATED: August 21, 2020
Philadelphia, Pennsylvania

/s/ *Lynn E. Feldman*
Lynn E. Feldman, Chapter 7 Trustee for the above-captioned estate