IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: August 31, 2020

IN RE: : Chapter 7

Michael A. Carr
      Debtor(s) : Bankruptcy No. 16-18870-amc

## CERTIFICATION OF COSTS

The sum of $700.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before September 14, 2020.

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | Admin. Fee Paid 12-29-2016 - No Additional charge | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | 18-213 | $ 350.00 |
| | 18-214 | 350.00 |
| Copies | | |
| | TOTAL: | $ 700.00 |

Dated at Philadelphia, Pennsylvania
this 31st day of August 2020

TIMOTHY B. MCGRATH, Clerk

By:    Jeanette Gilmore
      Deputy Clerk

Certcost 8/99