## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | **CHAPTER 7** |
| : | |
| **MICHAEL A. CARR** : | **BANKRUPTCY NO. 16-18870 (amc)** |
| : | |
| **Debtor.** : | |
| : | |

### ORDER

**AND NOW,** this _____ day of _____, 2020, upon consideration of the First Interim Application of Giuliano, Miller & Company, LLC for Compensation and Reimbursement of Chapter 7 Administrative Expenses (the "First Interim Application"), as accountants to Lynn E. Feldman, Chapter 7 Trustee (the "Trustee"), and after Notice, it is hereby **ORDERED** that:

1. The First Interim Application is **APPROVED;**

2. Giuliano, Miller & Company, LLC is allowed compensation in the amount of $26,500.00 for services rendered due and payable as a Chapter 7 Administrative Claim for the period from March 15, 2017 through July 20, 2020.

3. The Trustee is authorized and directed to pay the Applicant the First Interim compensation allowed herein to the extent not previously paid.

**BY THE COURT:**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE