IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| MICHAEL A. CARR | : | BANKRUPTCY NO. 16-18870 (amc) |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER

**AND NOW,** this _____ day of _____, 2020, upon consideration of the First Interim Application of Giuliano, Miller & Company, LLC for Compensation and Reimbursement of Chapter 7 Administrative Expenses (the "First Interim Application"), as accountants to Lynn E. Feldman, Chapter 7 Trustee (the "Trustee"), and after Notice, it is hereby **ORDERED** that:

**1.**  The First Interim Application is **APPROVED;**

**2.**  Giuliano, Miller & Company, LLC is allowed compensation in the amount of $26,500.00 for services rendered due and payable as a Chapter 7 Administrative Claim for the period from March 15, 2017 through July 20, 2020.

**3.**  The Trustee is authorized and directed to pay the Applicant the First Interim compensation allowed herein to the extent not previously paid.

**BY THE COURT:**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

**Date: September 9, 2020**