IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| MICHEAL A. CARR | § § § | Case No. 16-18870 (AMC) |
| Debtor. | § § | |

ORDER
**STIPULATION REGARDING THE FIRST INTERIM FEE APPLICATION OF DUANE MORRIS LLP AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**

Upon consideration of the *Stipulation Regarding the First Interim Fee Application of Duane Morris LLP as Counsel for the Chapter 7 Trustee* (the "Stipulation"),[1] and this Court having jurisdiction over this matter; and due and proper notice of the Stipulation having been given as set forth on the certificates of service filed contemporaneously with the Stipulation; and it appearing that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefore, it is hereby

1. The Stipulation is APPROVED in all respects.

2. Duane Morris shall be awarded interim compensation in the amount of $26,500 for professional services rendered to and on behalf of the Chapter 7 Trustee during the Compensation Period.

3. Upon expiration of the 14-day time period for filing a notice of appeal, Duane Morris shall be paid the sum of $26,500 from the Estate.

4. The rights of each Party are fully reserved with respect to allowance of, and payment on, amounts exceeding $26,500 requested through the First Interim Fee Application. The UST also retains the right to review the entirety of the Requested Fees and Reimbursement under

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

Bankruptcy Code section 330 after submission of the TFR.  All compensation and reimbursement is subject to final approval by the Court.

     5.     The Court retains exclusive jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: _____, 2020

**Date: September 10, 2020**

_____
Honorable Ashely M. Chan,
United States Bankruptcy Judge