```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                         Case No. 16-18870-amc
Michael A. Carr                                                Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2         User: JEGilmore           Page 1 of 2         Date Rcvd: Sep 09, 2020
                             Form ID: pdf900           Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db             #+Michael A. Carr,    5281 Rogers Circle,    Plymouth Meeting, PA 19462-1250
NONE            +Giuliano, Miller & Company,    Willow Ridge Executive Office Park,    750 Route 73 South,
                  Ste. 110,    Marlton, NJ 08053-4142
cr              +U.S. Department of Labor,    Office of the Solicitor,    Suite 630 East, The Curtis Center,
                  170 S. Independence Mall West,    Philadelphia, PA 19106-3323
cr              +Wilmington Savings Fund Society, FSB,    c/o Bonnie R. Golub, Esquire,    Weir & Partners LLP,
                  1339 Chestnut Street, Suite 500,    Philadelphia, PA 19107-3501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 10 2020 05:03:02    City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2020 05:02:46
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 10 2020 05:02:56     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 05:04:19    Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
              ALFRED T GIULIANO    atgiuliano@giulianomiller.com,   NJ90@ecfcbis.com;ddileo@giulianomiller.com
              BARBARA A. FEIN    on behalf of Defendant    4089 Pechin Street bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com;kdaley@sanddlawyers.com
              BARBARA A. FEIN    on behalf of Defendant    C&M Student Housing LLC bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com;kdaley@sanddlawyers.com
              BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com,   imarciniszyn@weirpartners.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SMITH    on behalf of Defendant Michael A. Carr dsmith@skhlaw.com,
               b.dr70286@notify.bestcase.com
              DAVID B. SMITH    on behalf of Debtor Michael A. Carr dsmith@skhlaw.com,
               b.dr70286@notify.bestcase.com
              GEORGE M. CONWAY    on behalf of Plaintiff Andrew R. Vara, (United States Trustee)
               george.m.conway@usdoj.gov
              JOHN M. STRAWN    on behalf of Creditor    U.S. Department of Labor strawn.john@dol.gov,
               zzsol-phi-docket@dol.gov
              KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara, (United States Trustee)
               kevin.p.callahan@usdoj.gov
              LAWRENCE J. KOTLER    on behalf of Plaintiff Lynn  Feldman ljkotler@duanemorris.com
              LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
```

```
District/off: 0313-2          User: JEGilmore         Page 2 of 2             Date Rcvd: Sep 09, 2020
                              Form ID: pdf900         Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        LYNN E. FELDMAN    on behalf of    Giuliano, Miller & Company trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        MICHAEL J. BURNS    on behalf of Plaintiff Joyce  Wojtowicz and Plan Participants in the Tri State Imaging PR, mjburnslaw@verizon.net
        NICHOLAS S. HERRON    on behalf of Plaintiff Andrew R. Vara, (United States Trustee) nicholas.s.herron@usdoj.gov, USTPRegion03.PH.ECF@usdoj.gov
        PHILIP S. ROSENZWEIG    on behalf of Defendant    4089 Pechin Street prosenzweig@sanddlawyers.com, mhanford@sanddlawyers.com;mraynor@sanddlawyers.com;kdaley@sanddlawyers.com;rchew@sanddlawyers.com;boneill@sanddlawyers.com
        PHILIP S. ROSENZWEIG    on behalf of Defendant    C&M Student Housing LLC prosenzweig@sanddlawyers.com, mhanford@sanddlawyers.com;mraynor@sanddlawyers.com;kdaley@sanddlawyers.com;rchew@sanddlawyers.com;boneill@sanddlawyers.com
        REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                               TOTAL: 22

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **MICHAEL A. CARR** | : | **BANKRUPTCY NO. 16-18870 (amc)** |
| | : | |
| **Debtor.** | : | |
| | : | |

## ORDER

**AND NOW,** this _____ day of _____, 2020, upon consideration of the First Interim Application of Giuliano, Miller & Company, LLC for Compensation and Reimbursement of Chapter 7 Administrative Expenses (the "First Interim Application"), as accountants to Lynn E. Feldman, Chapter 7 Trustee (the "Trustee"), and after Notice, it is hereby **ORDERED** that:

1. The First Interim Application is **APPROVED;**

2. Giuliano, Miller & Company, LLC is allowed compensation in the amount of $26,500.00 for services rendered due and payable as a Chapter 7 Administrative Claim for the period from March 15, 2017 through July 20, 2020.

3. The Trustee is authorized and directed to pay the Applicant the First Interim compensation allowed herein to the extent not previously paid.

BY THE COURT:

**Date: September 9, 2020**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE