United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-18870-amc
Michael A. Carr                                                       Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2                Date Rcvd: Sep 10, 2020
                             Form ID: pdf900           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db            #+Michael A. Carr,   5281 Rogers Circle,   Plymouth Meeting, PA 19462-1250
NONE           +Giuliano, Miller & Company,   Willow Ridge Executive Office Park,   750 Route 73 South,
                Ste. 110,   Marlton, NJ 08053-4142
cr             +U.S. Department of Labor,   Office of the Solicitor,   Suite 630 East, The Curtis Center,
                170 S. Independence Mall West,   Philadelphia, PA 19106-3323
cr             +Wilmington Savings Fund Society, FSB,   c/o Bonnie R. Golub, Esquire,   Weir & Partners LLP,
                1339 Chestnut Street, Suite 500,   Philadelphia, PA 19107-3501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 11 2020 04:58:20     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 11 2020 04:58:02
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 11 2020 04:58:19     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2020 05:07:53     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                        TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
        ALFRED T GIULIANO    atgiuliano@giulianomiller.com,   NJ90@ecfcbis.com/ddileo@giulianomiller.com
        BARBARA A. FEIN    on behalf of Defendant   4089 Pechin Street bfein@sanddlawyers.com,
         mhanford@sanddlawyers.com/kdaley@sanddlawyers.com
        BARBARA A. FEIN    on behalf of Defendant   C&M Student Housing LLC bfein@sanddlawyers.com,
         mhanford@sanddlawyers.com/kdaley@sanddlawyers.com
        BONNIE R. GOLUB    on behalf of Creditor   Wilmington Savings Fund Society, FSB
         bgolub@weirpartners.com,   imarciniszyn@weirpartners.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        DAVID B. SMITH    on behalf of Defendant Michael A. Carr dsmith@skhlaw.com,
         b.dr70286@notify.bestcase.com
        DAVID B. SMITH    on behalf of Debtor Michael A. Carr dsmith@skhlaw.com,
         b.dr70286@notify.bestcase.com
        GEORGE M. CONWAY    on behalf of Plaintiff Andrew R. Vara, (United States Trustee)
         george.m.conway@usdoj.gov
        JOHN M. STRAWN    on behalf of Creditor   U.S. Department of Labor strawn.john@dol.gov,
         zzsol-phi-docket@dol.gov
        KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara, (United States Trustee)
         kevin.p.callahan@usdoj.gov
        LAWRENCE J. KOTLER    on behalf of Plaintiff Lynn  Feldman ljkotler@duanemorris.com
        LAWRENCE J. KOTLER    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com
        LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com

District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Sep 10, 2020
                             Form ID: pdf900          Total Noticed: 8

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          LYNN E. FELDMAN    on behalf of     Giuliano, Miller & Company trustee.feldman@rcn.com,
          lfeldman@ecf.axosfs.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          MICHAEL J. BURNS    on behalf of Plaintiff Joyce  Wojtowicz and Plan Participants in the Tri State
          Imaging PR, mjburnslaw@verizon.net
          NICHOLAS S. HERRON    on behalf of Plaintiff Andrew R. Vara, (United States Trustee)
          nicholas.s.herron@usdoj.gov,  USTPRegion03.PH.ECF@usdoj.gov
          PHILIP S. ROSENZWEIG    on behalf of Defendant    4089 Pechin Street prosenzweig@sanddlawyers.com,
          mhanford@sanddlawyers.com;mraynor@sanddlawyers.com;kdaley@sanddlawyers.com;rchew@sanddlawyers.com
          ;boneill@sanddlawyers.com
          PHILIP S. ROSENZWEIG    on behalf of Defendant    C&M Student Housing LLC
          prosenzweig@sanddlawyers.com,
          mhanford@sanddlawyers.com;mraynor@sanddlawyers.com;kdaley@sanddlawyers.com;rchew@sanddlawyers.com
          ;boneill@sanddlawyers.com
          REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
          YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1,
          MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
                                                                              TOTAL: 22

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| MICHEAL A. CARR | § | |
| | § | Case No. 16-18870 (AMC) |
| Debtor. | § | |
| | § | |

ORDER
**STIPULATION REGARDING THE FIRST INTERIM FEE APPLICATION OF DUANE
MORRIS LLP AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**

Upon consideration of the *Stipulation Regarding the First Interim Fee Application of Duane Morris LLP as Counsel for the Chapter 7 Trustee* (the "Stipulation"),[1] and this Court having jurisdiction over this matter; and due and proper notice of the Stipulation having been given as set forth on the certificates of service filed contemporaneously with the Stipulation; and it appearing that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefore, it is hereby

1.    The Stipulation is APPROVED in all respects.

2.    Duane Morris shall be awarded interim compensation in the amount of $26,500 for professional services rendered to and on behalf of the Chapter 7 Trustee during the Compensation Period.

3.    Upon expiration of the 14-day time period for filing a notice of appeal, Duane Morris shall be paid the sum of $26,500 from the Estate.

4.    The rights of each Party are fully reserved with respect to allowance of, and payment on, amounts exceeding $26,500 requested through the First Interim Fee Application.  The UST also retains the right to review the entirety of the Requested Fees and Reimbursement under

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

Bankruptcy Code section 330 after submission of the TFR.  All compensation and reimbursement is subject to final approval by the Court.

5.     The Court retains exclusive jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated:  _____, 2020

**Date: September 10, 2020**

_____
Honorable Ashely M. Chan,
United States Bankruptcy Judge

2