**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MICHAEL A. CARR,** | ) | |
| | ) | **Case No. 16-18870-AMC** |
| | ) | |
| **Debtor.** | ) | |

---

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

**TO:   THE UNITED STATES TRUSTEE AND ALL PERSONS REQUESTING
NOTICES UNDER RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE, NOTICE IS GIVEN THAT:**

Lynn E. Feldman, Chapter 7 Trustee for the above-referenced debtor's estate (the

"Trustee"), has filed the *Motion to Approve and Authorize Payment of A Certain Tax Claim As*

*An Administrative Expense Claim Pursuant to 11 US.C. §§ 105(a) and 503(b)(1)(A)* (the

"Motion").

**Your rights may be affected.  You should read these papers carefully and discuss**

**them with your attorney, if you have one in this bankruptcy case.  (If you don't have an**

**attorney, you may wish to consult an attorney).**

1.      If you do not want the court to grant the relief sought in the Motion or if you want

the Court to consider your views on the Motion, then on or before **November 30, 2020 at 4:00**

**p.m.** you or your attorney must do all of the following:

**(a) File an answer explaining your position at:**
Clerk of Court
United States Bankruptcy Court for the Eastern District of PA
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mal your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b) Mail a copy of your answer to the Trustee:
           Lynn E. Feldman, Chapter 7 Trustee of the
           Estate of Michael A. Carr
           FELDMAN LAW OFFICES, P.C.
           221 N. Cedar Crest Boulevard
           Allentown, PA 18104

2.      If you or your attorney do not take the steps described in paragraphs (i)(a) and (i)(b) above and attend the hearing, the Court may enter an order granting the relief requested in the Motion.

3.      A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on **December 9, 2020 at 12:30 p.m.** in Courtroom 4, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107 **(Hearing will be conducted via Telephone Conference, Phone Number 1-877-873-8017, Access Code: 3027681).** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph (i)(b).

Dated:  November 12, 2020          Respectfully submitted,

                               */s/ Lynn E. Feldman*
                               LYNN E. FELDMAN, ESQ, TRUSTEE
                               I.D. # 35996
                               FELDMAN LAW OFFICES, P.C.
                               221 N. Cedar Crest Boulevard
                               Allentown, PA 18104
                               (610) 530-9285