## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL A. CARR, | ) | |
| | ) | Case No. 16-18870-AMC |
| | ) | |
| Debtor. | ) | |

---

### CERTIFICATE OF SERVICE

I, Lynn E. Feldman, Chapter 7 Trustee for the above-referenced debtor's estate (the "Trustee"), hereby certify that I am not less than 18 years of age, and that on the date set forth below, true and correct copies of the following documents were filed electronically with this Court:

1. Trustee's *Motion to Approve and Authorize Payment of A Certain Tax Claim As An Administrative Expense Claim Pursuant to 11 US.C. §§ 105(a) and 503(b)(1)(A)* (the "Motion");

2. Proposed Order; and

3. Notice of Motion, Response Deadline and Hearing Date.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. In addition, the persons identified on the attached service list were served via first class mail, postage prepaid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 12, 2020

Respectfully submitted,

*/s/ Lynn E. Feldman*
LYNN E. FELDMAN, ESQ, TRUSTEE
I.D. # 35996
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Boulevard
Allentown, PA 18104
(610) 530-9285

## SERVICE LIST

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Holly Smith, Esquire
Gellert, Scali, Busenkell & Brown, LLC
601 Walnut Street, Suite 750W
Philadelphia, PA 19106

Brandon S. Pfister
U.S. Department of Labor
170 S. Independence Mall West
Suite 870 West
Philadelphia, PA 19106-3317

Kamaljit Bains
U.S. Department of Labor
The Curtis Center
170 S. Independence Mall West
Suite 870 West
Philadelphia, PA 19106-3317

Pennsylvania Department of Revenue
Bureau of Individual Taxes
PO Box 280432
Harrisburg, PA 17128-0432

David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355

Michael A. Carr
5281 Rogers Circle
Plymouth Meeting, PA 19462

Bonnie Golub, Esquire
Weir & Partners LLP
The Widener Building
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Michael Kaliner, Esquire
Adelstein & Kaliner, LLC
350 South Main Street, Suite 150
Doylestown, PA 18901

Lawrence Holmes, Esquire
Dilworth Paxson LLP
1500 Market Street 3500E
Philadelphia, PA 19102

Michael J. Burns, Esquire
Bowen & Burns
530 Street Road
Southampton, PA 18966

Harry J. Giacometti, Esquire
Plaster Greenberg
1835 Market Street
Suite 1050
Philadelphia, PA 19103

Matthew Hamermesh, Esquire
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103