United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18870-amc |
| Michael A. Carr | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 09, 2020 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michael A. Carr, 5281 Rogers Circle, Plymouth Meeting, PA 19462-1250 |
| NONE | + | Giuliano, Miller & Company, Willow Ridge Executive Office Park, 750 Route 73 South, Ste. 110, Marlton, NJ 08053-4142 |
| cr | + | U.S. Department of Labor, Office of the Solicitor, Suite 630 East, The Curtis Center, 170 S. Independence Mall West, Philadelphia, PA 19106-3323 |
| cr | + | Wilmington Savings Fund Society, FSB, c/o Bonnie R. Golub, Esquire, Weir & Partners LLP, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107-3501 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 10 2020 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2020 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 10 2020 03:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Dec 10 2020 03:05:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
| Date Rcvd: Dec 09, 2020 | Form ID: pdf900 | Total Noticed: 8 |
| Date: Dec 11, 2020 | Signature:  /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:**

**Name**  **Email Address**

ALFRED T GIULIANO
atgiuliano@giulianomiller.com NJ90@ecfcbis.com;ddileo@giulianomiller.com

BARBARA A. FEIN
on behalf of Defendant 4089 Pechin Street bfein@sanddlawyers.com mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

BARBARA A. FEIN
on behalf of Defendant C&M Student Housing LLC bfein@sanddlawyers.com mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

BONNIE R. GOLUB
on behalf of Creditor Wilmington Savings Fund Society  FSB bgolub@weirpartners.com, imarciniszyn@weirpartners.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor BANK OF AMERICA   N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID B. SMITH
on behalf of Defendant Michael A. Carr dsmith@skhlaw.com b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Debtor Michael A. Carr dsmith@skhlaw.com b.dr70286@notify.bestcase.com

GEORGE M. CONWAY
on behalf of Plaintiff Andrew R. Vara  (United States Trustee) george.m.conway@usdoj.gov

JOHN M. STRAWN
on behalf of Creditor U.S. Department of Labor strawn.john@dol.gov zzsol-phi-docket@dol.gov

KEVIN P. CALLAHAN
on behalf of Plaintiff Andrew R. Vara  (United States Trustee) kevin.p.callahan@usdoj.gov

LAWRENCE J. KOTLER
on behalf of Plaintiff Lynn Feldman ljkotler@duanemorris.com

LAWRENCE J. KOTLER
on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com

LYNN E. FELDMAN
trustee.feldman@rcn.com lfeldman@ecf.axosfs.com

LYNN E. FELDMAN
on behalf of Giuliano  Miller & Company trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com

MATTEO SAMUEL WEINER
on behalf of Creditor JPMORGAN CHASE BANK   N.A. bkgroup@kmllawgroup.com

MICHAEL J. BURNS
on behalf of Plaintiff Joyce Wojtowicz and Plan Participants in the Tri State Imaging PR mjburnslaw@verizon.net

NICHOLAS S. HERRON
on behalf of Plaintiff Andrew R. Vara  (United States Trustee) nicholas.s.herron@usdoj.gov, USTPRegion03.PH.ECF@usdoj.gov

PHILIP S. ROSENZWEIG
on behalf of Defendant 4089 Pechin Street prosenzweig@sanddlawyers.com mhanford@sanddlawyers.com;mraynor@sanddlawyers.com;kdaley@sanddlawyers.com;rchew@sanddlawyers.com;boneill@sanddlawyers.com

PHILIP S. ROSENZWEIG
on behalf of Defendant C&M Student Housing LLC prosenzweig@sanddlawyers.com mhanford@sanddlawyers.com;mraynor@sanddlawyers.com;kdaley@sanddlawyers.com;rchew@sanddlawyers.com;boneill@sanddlawyers.com

REBECCA ANN SOLARZ
on behalf of Creditor JPMORGAN CHASE BANK   N.A. bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT  INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH

District/off: 0313-2 User: Adminstra Page 3 of 3
Date Rcvd: Dec 09, 2020 Form ID: pdf900 Total Noticed: 8

CERTIFICATES, SERIES 2007-1T1 wmiller@friedmanvartolo.com, wedwardmiller@gmail.com

TOTAL: 22

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL A. CARR, | ) | |
| | ) | Case No. 16-18870-AMC |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING TRUSTEE'S MOTION TO APPROVE AND AUTHORIZE PAYMENT OF A CERTAIN TAX CLAIM AS AN ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 105(a) and 503(b)(1)(A)

Upon consideration of the Motion to Approve and Authorize Payment of A Certain Tax Claim As An Administrative Expense Claim Pursuant to 11 U.S.C. §§ 105(a) and 503(b)(l)(A) (the "Motion"); and upon consideration of any and all responses filed to the Motion; and after notice and a hearing to consider the Motion and any and all responses thereto; and it appearing that the Motion was properly and timely served; and it appearing that the relief requested in the Motion is in the best interests of the Debtor and its estate, and good cause appearing for the relief requested in the Motion, it is hereby

1. **ORDERED** that the Motion is GRANTED; and it is further

2. **ORDERED** that the Trustee is authorized to pay the sum of **$417.35** to the Commonwealth of Pennsylvania, Department of Revenue, for the tax year ending on December 31, 2019, as an allowed administrative expense of the Debtor's estate.

Dated:_____, 2020

**Date: December 9, 2020**

_____
Ashely M. Chan,
United States Bankruptcy Judge