United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 16-18870-amc

Michael A. Carr                                                                 Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michael A. Carr, 5281 Rogers Circle, Plymouth Meeting, PA 19462-1250 |
| NONE | + | Giuliano, Miller & Company, Willow Ridge Executive Office Park, 750 Route 73 South, Ste. 110, Marlton, NJ 08053-4142 |
| cr | + | U.S. Department of Labor, Office of the Solicitor, Suite 630 East, The Curtis Center, 170 S. Independence Mall West, Philadelphia, PA 19106-3323 |
| cr | + | Wilmington Savings Fund Society, FSB, c/o Bonnie R. Golub, Esquire, Weir & Partners LLP, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107-3501 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 23 2021 09:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2021 09:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 23 2021 09:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2021 06:48:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2                          User: admin                              Page 2 of 3
Date Rcvd: Mar 22, 2021                      Form ID: pdf900                        Total Noticed: 8

Date: Mar 24, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFRED T GIULIANO | atgiuliano@giulianomiller.com  NJ90@ecfcbis.com;ddileo@giulianomiller.com |
| BARBARA A. FEIN | on behalf of Defendant 4089 Pechin Street bfein@sanddlawyers.com  mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |
| BARBARA A. FEIN | on behalf of Defendant C&M Student Housing LLC bfein@sanddlawyers.com mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |
| BONNIE R. GOLUB | on behalf of Creditor Wilmington Savings Fund Society  FSB bgolub@weirpartners.com, imarciniszyn@weirpartners.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID B. SMITH | on behalf of Defendant Michael A. Carr dsmith@skhlaw.com  b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Debtor Michael A. Carr dsmith@skhlaw.com  b.dr70286@notify.bestcase.com |
| GEORGE M. CONWAY | on behalf of Defendant Michael A. Carr george.m.conway@usdoj.gov |
| GEORGE M. CONWAY | on behalf of Plaintiff Andrew R. Vara  (United States Trustee) george.m.conway@usdoj.gov |
| JOHN M. STRAWN | on behalf of Creditor U.S. Department of Labor strawn.john@dol.gov  zzsol-phi-docket@dol.gov |
| KEVIN P. CALLAHAN | on behalf of Plaintiff Andrew R. Vara  (United States Trustee) kevin.p.callahan@usdoj.gov |
| LAWRENCE J. KOTLER | on behalf of Plaintiff Lynn Feldman ljkotler@duanemorris.com |
| LAWRENCE J. KOTLER | on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| LYNN E. FELDMAN | on behalf of Giuliano  Miller & Company trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bkgroup@kmllawgroup.com |
| MICHAEL J. BURNS | on behalf of Plaintiff Joyce Wojtowicz and Plan Participants in the Tri State Imaging PR  mjburnslaw@verizon.net |
| NICHOLAS S. HERRON | on behalf of Plaintiff Andrew R. Vara  (United States Trustee) nicholas.s.herron@usdoj.gov, USTPRegion03.PH.ECF@usdoj.gov |
| PHILIP S. ROSENZWEIG | on behalf of Defendant 4089 Pechin Street prosenzweig@sanddlawyers.com mhanford@sanddlawyers.com;mraynor@sanddlawyers.com;kdaley@sanddlawyers.com;rchew@sanddlawyers.com;boneill@sanddlawyers.com |
| PHILIP S. ROSENZWEIG | on behalf of Defendant C&M Student Housing LLC prosenzweig@sanddlawyers.com mhanford@sanddlawyers.com;mraynor@sanddlawyers.com;kdaley@sanddlawyers.com;rchew@sanddlawyers.com;boneill@sanddlawyers.com |
| REBECCA ANN SOLARZ | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                  User: admin                          Page 3 of 3
Date Rcvd: Mar 22, 2021              Form ID: pdf900                   Total Noticed: 8

WILLIAM EDWARD MILLER

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWALT  INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-1T1 wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 23

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MICHAEL A. CARR | § | Case No. 2:16-18870-AMC |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that LYNN E. FELDMAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:30 p.m. on April 21, 2021; telephonically by dialing 1-877-873-8017; Access Code 3027681:

United States Courthouse
900 Market Street
Philadelphia, PA 19107

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/22/2021                    By: LYNN E. FELDMAN
                                                TRUSTEE


*LYNN E. FELDMAN, TRUSTEE*
*2310 WALBERT AVE.*
*SUITE 103*
*ALLENTOWN, PA 18104*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

In Re:                                          §
                                                §
MICHAEL A. CARR                                 §        Case No. 2:16-18870-AMC
                                                §
        Debtor                                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 96,550.00 |
| and approved disbursements of | $ | 939.38 |
| leaving a balance on hand of[1] | $ | 95,610.62 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15 | THE BANK OF NEW YORK MELLON FKA THE | $ 897,925.94 | $ 897,925.94 | $ 0.00 | $ 0.00 |
| 7 | BANK OF AMERICA, N. A. | $ 141,648.79 | $ 141,648.79 | $ 0.00 | $ 0.00 |

|  |  |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 95,610.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LYNN E. FELDMAN | $ 8,062.50 | $ 0.00 | $ 8,062.50 |
| Trustee Expenses: LYNN E. FELDMAN | $ 117.40 | $ 0.00 | $ 117.40 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: DUANE MORRIS LLP | $ 26,500.00 | $ 0.00 | $ 26,500.00 |
| Accountant for Trustee Fees: Giuliano, Miller & Company, LLC | $ 26,500.00 | $ 0.00 | $ 26,500.00 |
| Charges: Clerk of the U. S. Bankruptcy Court | $ 700.00 | $ 0.00 | $ 700.00 |

Total to be paid for chapter 7 administrative expenses        $ 61,879.90

Remaining Balance        $ 33,730.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $10,126,358.73 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BB&T | $ 832.00 | $ 0.00 | $ 2.77 |
| 3 | SALLIE MAE | $ 30,373.27 | $ 0.00 | $ 101.17 |
| 4 | SALLIE MAE | $ 18,190.22 | $ 0.00 | $ 60.59 |
| 5 | EDFINANCIAL ON BEHALF OF US DEPT. O | $ 2,812.09 | $ 0.00 | $ 9.37 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | BB&T | $ 1,591,378.36 | $ 0.00 | $ 5,300.85 |
| 8 | FS WILMINGTON SAVINGS FUND SOCIETY | $ 1,810,728.00 | $ 0.00 | $ 6,031.50 |
| 9 | JOYCE WOJTOWICZ | $ 505,890.45 | $ 0.00 | $ 1,685.11 |
| 10 | PACIFIC WESTERN BANK | $ 2,183,967.00 | $ 0.00 | $ 7,274.76 |
| 11 | The Estate of TSI, LP | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 | MAXUS CAPITAL GROUP, LLC | $ 438,657.84 | $ 0.00 | $ 1,461.16 |
| 13 | SIEMENS FINANCIAL SERVICES, INC. | $ 374,257.50 | $ 0.00 | $ 1,246.65 |
| 14 | ELITE IMAGING CORP. | $ 3,169,272.00 | $ 0.00 | $ 10,556.79 |

Total to be paid to timely general unsecured creditors     $ 33,730.72

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: <u>LYNN E. FELDMAN</u>
TRUSTEE

*LYNN E. FELDMAN, TRUSTEE*
*2310 WALBERT AVE.*
*SUITE 103*
*ALLENTOWN, PA 18104*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.