**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** ) | |
| **CARR, MICHAEL A.** ) | **Chapter 7** |
| ) | |
| ) | **Case No.  16-18870-AMC** |
| ) | |
| ) | |
| **Debtor(s)** ) | |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

    **AND NOW**, this _____ day of _____, 2021, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $8,062.50 is reasonable compensation for the services in this case by LYNN E. FELDMAN TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $117.40 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

**Date: April 22, 2021**

Ashely M. Chan

United States Bankruptcy Judge