IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7

MICHAEL A. CARR

     DEBTOR(S) : BANKRUPTCY NO. 16-18870-AMC

## ORDER

AND NOW, it appearing that a Complaint to Revoke the Debtor's Discharge was filed on September 10, 2019 by Andrew R. Vara, the Acting United States Trustee for Region 3, it is hereby

ORDERED that the *Order Approving Trustee's Report, Discharging Trustee and Closing Case* entered on October 19, 2021 is VACATED pending disposition of Andrew R. Vara, (United States Trustee) v. Michael A. Carr, Adversary No. 19-00176-AMC.

BY THE COURT:

Date: October 20, 2021

Ashely M. Chan
U. S. BANKRUPTCY JUDGE