United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18870-amc |
| Michael A. Carr | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michael A. Carr, 5281 Rogers Circle, Plymouth Meeting, PA 19462-1250 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021                                Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFRED T GIULIANO | atgiuliano@giulianomiller.com NJ90@ecfcbis.com;ddileo@giulianomiller.com |
| BARBARA A. FEIN | on behalf of Defendant 4089 Pechin Street bfein@sanddlawyers.com mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |
| BARBARA A. FEIN | on behalf of Defendant C&M Student Housing LLC bfein@sanddlawyers.com mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |
| BONNIE R. GOLUB | on behalf of Creditor Wilmington Savings Fund Society FSB bgolub@weirpartners.com, imarciniszyn@weirpartners.com |
| BRIAN CRAIG NICHOLAS | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID B. SMITH
    on behalf of Debtor Michael A. Carr dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Defendant Michael A. Carr dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

GEORGE M. CONWAY
    on behalf of Plaintiff Andrew R. Vara  (United States Trustee) george.m.conway@usdoj.gov

JOHN M. STRAWN
    on behalf of Creditor U.S. Department of Labor strawn.john@dol.gov  zzsol-phi-docket@dol.gov

KEVIN P. CALLAHAN
    on behalf of Plaintiff Andrew R. Vara  (United States Trustee) kevin.p.callahan@usdoj.gov

LAWRENCE J. KOTLER
    on behalf of Plaintiff Lynn Feldman ljkotler@duanemorris.com

LAWRENCE J. KOTLER
    on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com

LYNN E. FELDMAN
    on behalf of Giuliano  Miller & Company trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com

LYNN E. FELDMAN
    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MATTEO SAMUEL WEINER
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. bkgroup@kmllawgroup.com

MICHAEL J. BURNS
    on behalf of Plaintiff Joyce Wojtowicz and Plan Participants in the Tri State Imaging PR  mjburnslaw@verizon.net

NICHOLAS S. HERRON
    on behalf of Plaintiff Andrew R. Vara  (United States Trustee) nicholas.s.herron@usdoj.gov, USTPRegion03.PH.ECF@usdoj.gov

PHILIP S. ROSENZWEIG
    on behalf of Defendant C&M Student Housing LLC prosenzweig@sanddlawyers.com
    mhanford@sanddlawyers.com;mraynor@sanddlawyers.com;kdaley@sanddlawyers.com;rchew@sanddlawyers.com;boneill@sanddlawyers.com

PHILIP S. ROSENZWEIG
    on behalf of Defendant 4089 Pechin Street prosenzweig@sanddlawyers.com
    mhanford@sanddlawyers.com;mraynor@sanddlawyers.com;kdaley@sanddlawyers.com;rchew@sanddlawyers.com;boneill@sanddlawyers.com

REBECCA ANN SOLARZ
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT  INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 22

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CHAPTER 7

CARR, MICHAEL A.

Debtor(s)   Case No. 16-18870-AMC

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

**AND NOW**, this ____ day of _____ 2021, upon consideration of the Trustee's Final Report and Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is herby

**ORDERED AND DECREED** that the Trustee's Final Account is approved, and the Trustee is hereby discharged from her trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

**Date: October 19, 2021**

_____
Ashely M. Chan
United States Bankruptcy Judge