**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Chapter 7 |
| MICHAEL A. CARR, | : | |
| | : | Bankruptcy No. 16-18870-AMC |
| DEBTORS | : | |
| | | |
| ANDREW R. VARA, | : | |
| PLAINTIFF | : | |
| | : | Adv. Proc. No. 19-00176-AMC |
| V. | : | |
| MICHAEL A. CARR, | : | |
| DEFENDANTS | : | |

# ORDER[1]

AND NOW, this 10th day of November 2022, for the reasons stated in the accompanying Opinion, it is hereby ORDERED that the Standard Discharge previously granted to the Debtor shall not be revoked pursuant to 11 U.S.C. § 727(d)(2).

Honorable Ashely M. Chan
United States Bankruptcy Judge

---

[1] All terms not otherwise defined in this order have the same meaning as defined in the accompanying opinion.