### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA


In re:                                                          : Chapter 7

Michael A. Carr                                          : Case No. 16−18870−amc

        Debtor(s)


### ORDER

_____


AND NOW, this day , August 17, 2023 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Ashely M. Chan
Judge, United States Bankruptcy Court