United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael A. Carr  
    Debtor

Case No. 16-18870-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 17, 2023      Form ID: 195      Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michael A. Carr, 5281 Rogers Circle, Plymouth Meeting, PA 19462-1250 |
| NONE | + | Giuliano, Miller & Company, Willow Ridge Executive Office Park, 750 Route 73 South, Ste. 110, Marlton, NJ 08053-4142 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFRED T GIULIANO | atgiuliano@giulianomiller.com NJ90@ecfcbis.com;ddileo@giulianomiller.com |
| BARBARA A. FEIN | on behalf of Defendant 4089 Pechin Street bfein@sanddlawyers.com mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |
| BARBARA A. FEIN | on behalf of Defendant C&M Student Housing LLC bfein@sanddlawyers.com mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |
| BONNIE R. GOLUB | on behalf of Creditor Wilmington Savings Fund Society FSB bgolub@wgpllp.com, imarciniszyn@weirpartners.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 17, 2023 | Form ID: 195 | Total Noticed: 2 |

BRIAN CRAIG NICHOLAS
   on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
   on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID B. SMITH
   on behalf of Debtor Michael A. Carr dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH
   on behalf of Defendant Michael A. Carr dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

GEORGE M. CONWAY
   on behalf of Plaintiff Andrew R. Vara  (United States Trustee) george.m.conway@usdoj.gov

JOHN M. STRAWN
   on behalf of Creditor U.S. Department of Labor strawn.john@dol.gov  zzsol-phi-docket@dol.gov

KEVIN P. CALLAHAN
   on behalf of Plaintiff Andrew R. Vara  (United States Trustee) kevin.p.callahan@usdoj.gov

LAWRENCE J. KOTLER
   on behalf of Plaintiff Lynn Feldman ljkotler@duanemorris.com

LAWRENCE J. KOTLER
   on behalf of Trustee LYNN E. FELDMAN ljkotler@duanemorris.com

LYNN E. FELDMAN
   trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

LYNN E. FELDMAN
   on behalf of Giuliano  Miller & Company trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com

MATTEO SAMUEL WEINER
   on behalf of Creditor JPMORGAN CHASE BANK  N.A. bkgroup@kmllawgroup.com

MICHAEL J. BURNS
   on behalf of Plaintiff Joyce Wojtowicz and Plan Participants in the Tri State Imaging PR mjburnslaw@verizon.net

NICHOLAS M. ENGEL
   on behalf of Defendant Michael A. Carr nengel@skhlaw.com

NICHOLAS S. HERRON
   on behalf of Plaintiff Andrew R. Vara  (United States Trustee) nicholas.s.herron@usdoj.gov, USTPRegion03.PH.ECF@usdoj.gov

PHILIP S. ROSENZWEIG
   on behalf of Defendant C&M Student Housing LLC prosenzweig@sanddlawyers.com mhanford@sanddlawyers.com;mraynor@sanddlawyers.com;kdaley@sanddlawyers.com;rchew@sanddlawyers.com;boneill@sanddlawyers.com

PHILIP S. ROSENZWEIG
   on behalf of Defendant 4089 Pechin Street prosenzweig@sanddlawyers.com mhanford@sanddlawyers.com;mraynor@sanddlawyers.com;kdaley@sanddlawyers.com;rchew@sanddlawyers.com;boneill@sanddlawyers.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
   on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT  INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

TOTAL: 23

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Michael A. Carr                                                 : Case No. 16−18870−amc

        Debtor(s)

*ORDER*
_____

AND NOW, this day , August 17, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge, United States Bankruptcy Court

180
Form 195